UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE CRAWFORD, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>   Defendants. | Case No.: 1:20-cv-05132<br><br>Hon. Steven C. Seeger |

## **DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

  Defendants McDonald's USA, LLC and McDonald's Corporation (collectively, "Defendants") hereby move the Court for leave to file the opinion in *Byrd, et al. v. McDonald's USA, LLC et al.*, Case No. 1:20-cv-06447 (N.D. Ill), a copy of which is annexed hereto, as supplemental authority in support of Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint. (Dkt. 38.) Counsel for Defendants inquired as to whether Plaintiffs object to the instant motion, but Plaintiffs' counsel did not respond.

  In support of this motion, Defendants state as follows:

  1. On December 21, 2020, Defendants filed a Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended Complaint. (Dkt. 38.)

  2. On January 19, 2021, Plaintiffs filed a Response in Opposition to Defendants' Motion to Dismiss. (Dkt. 44.)

3. On February 2, 2021, Defendants filed a Reply in Support of their Motion to Dismiss. (Dkt. 48.)

4. On June 9, 2021, the Honorable Harry D. Leinenweber issued an Amended Memorandum Opinion and Order in *Byrd, et al. v. McDonald's USA, LLC et al.*, Case No. 1:20-cv-06447 (N.D. Ill.), addressing allegations similar to those made in the instant case.

Accordingly, for the reasons stated above, Defendants respectfully request leave to file the supplemental authority cited above and annexed hereto.

Respectfully submitted,

Dated: June 14, 2021 */s/ Patricia Brown Holmes*

| | |
|---|---|
| Patricia Brown Holmes | Loretta E. Lynch (*pro hac vice*) |
| Amy C. Andrews | Susanna M. Buergel (*pro hac vice*) |
| Raymond D. Rushing | PAUL, WEISS, RIFKIND, WHARTON & |
| RILEY SAFER HOLMES & CANCILA LLP | GARRISON LLP |
| 70 W. Madison Street, Suite 2900 | 1285 Avenue of the Americas |
| Chicago, Illinois 60602 | New York, New York 10019 |
| (312) 471-8700 | (202) 373-3000 |
| pholmes@rshc-law.com | lelynch@paulweiss.com |
| aandrews@rshc-law.com | sbuergel@paulweiss.com |
| rrushing@rshc-law.com | |

Ariel Schepers Wilson
RILEY SAFER HOLMES & CANCILA LLP
121 W. Washington Street, Suite 402
Ann Arbor, Michigan 48104
(734) 773-4900
awilson@rshc-law.com

Andrew Jason Wu (*pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
(415) 275-8550
awu@rshc-law.com

*Counsel for McDonald's USA, LLC and McDonald's Corporation*