UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Christine Crawford, et al.
                    Plaintiff,

v.                                  Case No.: 1:20−cv−05132
                                          Honorable Steven C. Seeger

McDonald's USA, LLC., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on September 28, 2022. For the reasons stated on the record, defendants' motion to dismiss plaintiffs' amended complaint (Dckt. No. [38]) is granted. The Court grants plaintiff leave to file a second amended complaint by October 21, 2022. The Court directs the parties to engage in renewed settlement discussions in good faith. By October 14, 2022, the parties must file a statement on the docket addressing whether there is a joint request for a settlement conference. During the hearing, Plaintiffs' counsel unnecessarily divulged the amount of a settlement offer. After the hearing, Plaintiffs' counsel called the Courtroom Deputy and asked about the possibility of striking that statement from the record. The cat is already out of the bag, and this Court cannot unring the bell (pardon the mixed metaphors). But the Court can and will put it under seal. The Court hereby seals the reference during the hearing to the amount of the settlement offer. Only that limited portion of the transcript is sealed. The rest of the transcript (meaning everything except the amount of the settlement offer) is not under seal. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.