**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Christine Crawford, et al.

Plaintiff,

v.                                                                    Case No.: 1:20–cv–05132
                                                                      Honorable Steven C. Seeger

McDonald's USA, LLC., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 3, 2022:

        MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for leave
to file supplemental authority (Dckt. No. [62]) is hereby granted in part, and denied in
part. It is granted in the sense that the Court looked at it before issuing its ruling on the
motion to dismiss. It is denied in the sense that it is now moot in light of that ruling.
Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.