UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE CRAWFORD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No.: 1:20-cv-05132<br><br>Hon. Judge Steven C. Seeger |

**PLAINTIFFS' JOINT STATEMENT PURSUANT
TO NOVEMBER 15, 2022, MINUTE ENTRY**

Plaintiffs' counsel of record, The Ferraro Law Firm, P.A. ("Ferraro Law"), together with proposed substitute counsel for the Crawford Plaintiffs, Loevy & Loevy (the "Loevy Firm"), conferred in good faith pursuant to the November 15, 2022, Minute Entry [Dkt. No. 74], and hereby respectfully submit a Joint Statement addressing the Court's questions as follows:

**I. Plaintiffs and Plaintiffs' Counsel**

Plaintiffs are a group of seventy-seven (77) Black McDonald's franchisees who owned and operated McDonald's restaurants in the United States and filed suit for violations of their civil rights in denying them equal franchise opportunities. Of these seventy-seven (77) original Plaintiffs, Ferraro Law currently represents twenty-nine (29) named Plaintiffs and the Loevy Firm represents forty-eight (48) named Plaintiffs,[1] pursuant to the Client Directives attached as **Exhibit "A"** hereto. To avoid

---

[1] In addition to the thirty-nine (39) Plaintiffs named in the Loevy Firm's November 11, 2022, Motion for Substitution of Counsel [Dkt. No. 71], the Loevy Firm sent copies of Client Directives for Plaintiffs Eleanor Clark, Mitchell McGuire, Lois McGuire, Ronnie Thornton, and Gordon Thornton to Ferraro Law on November 17, 2022, and for Plaintiffs Karen and Serge Tancrede, William

undue prejudice and/or delay, Ferraro Law authorized the release of the Crawford Plaintiffs' client files to the Loevy Firm, subject to charging liens that Ferraro Law intends to file for each.

While Plaintiffs suffered a similar pattern and practice of racial discrimination and filed a single complaint against McDonald's for purposes of judicial economy and efficiency, Plaintiffs have individual injuries and claims against McDonald's, as well as individual engagement agreements with Ferraro Law and the Loevy Firm. As such, Plaintiffs do not seek to represent a putative class of former McDonald's franchisees (as opposed to the proposed class action in *Byrd, et al. v. McDonald's USA, LLC, et al.*, Case No. 1:20-cv-06447 (N.D. Ill), distinguished by the Court in *Washington, et al. v. McDonald's USA, LLC, et al.*, Case No.: 4:21-cv-00367 (N.D. Ohio)), nor is there any issue here related to class counsel appointment and/or designation.

## II. Joint Proposal

Ferraro Law and the Loevy Firm met and conferred in good faith on November 21, 29, and 30, 2022, and agree that two, separately represented groups of Plaintiffs should not remain in one case with two sets of pleadings and two separate scheduling tracks. As such, Plaintiffs jointly propose that the Crawford Plaintiffs' complaint, once filed, be severed, and assigned a separate case number. To avoid duplicative costs and wasted time, Plaintiffs further propose consolidation for purposes of discovery.

## III. Settlement and Referral to Magistrate for Settlement Conference

Ferraro Law and counsel for McDonald's engaged in renewed settlement discussions in good faith pursuant to the Court's Minute Entry on September 28, 2022 [Dkt. No. 63], but did not jointly agree on a referral to the Magistrate for a Settlement Conference. Plaintiffs are willing to participate

---

Washington, and Robert Bonner on the eve of this filing. Those Plaintiffs identified in the attached Client Directives are collectively referred to herein as the "Crawford Plaintiffs."

in a Settlement Conference before the Magistrate Judge, subject to McDonald's response to this Joint Statement due to be filed on or before December 2, 2022.

## IV. Other

If the Court determines that a status hearing and/or case management conference would be beneficial, Ferraro Law and the Loevy Firm are willing to participate and appear.

| | |
|---|---|
| Dated: November 30, 2022 | Respectfully submitted, |
| */s/ James L. Ferraro* | *s/ Jon Loevy* |
| James L. Ferraro, Esq.<br>Daryl D. Parks, Esq.<br>Natalia Salas, Esq.<br>THE FERRARO LAW FIRM, P.A.<br>Brickell World Plaza<br>600 Brickell Avenue, 38th Floor<br>Miami, Florida 33131<br>Telephone: (305) 375-0111<br>Facsimile: (305) 379-6222<br>jferraro@ferrarolaw.com<br>dparks@ferrarolaw.com<br>nsalas@ferrarolaw.com | Jon Loevy<br>Roshna Bala Keen<br>Dan Twetten<br>Steve Art<br>Quinn Rallins<br>Annie Prossnitz<br>Loevy & Loevy<br>311 N. Aberdeen, Third Floor<br>Chicago, IL 60607<br>(312) 243-5900<br><br>*Counsel for Crawford Plaintiffs* |
| William R. Fahey, Esq.<br>COONEY & CONWAY, PC<br>120 N. LaSalle Street, 30th Floor<br>Chicago, IL 60602<br>Telephone: (312) 236-6166<br>bfahey@cooneyconway.com<br><br>*Counsel for Plaintiffs* | |