# EXHIBIT A

Thomas S. Dantoca
Executive Vice President

April 18, 1996

Dear Reggie,

I am not sure if you viewed our meeting yesterday as a success, a failure or just another meeting with the McDonald's Management Team, i.e. same old stuff

For me it was successful. I know, have worked with, and personally like too many of the franchisees that attended the meeting not to be personally embarrassed, frustrated and moved by their passionate concern for the lack of success of many of their fellow African American franchisees.

I am also highly frustrated that Black Franchisees have been part of the McDonald's System for almost thirty years and as a group have not achieved the same level of success as other franchisees that have the same tenure. You have been a company employee and know that the company over the past thirty years has tried to do the right thing when it comes to franchising to African Americans. But, for business reasons we thought were valid at the time, the company has placed many Black Fra..chisees in restaurants that have not allowed them to achieve the same level of economic success as their peers.

I am personally tired of this lack of progress by my company. I am tired of being the person that has to listen to your calls for help and not seeing progress. I am tired of making excuse for myself and others and I am tired of working my tail off to achieve our mutual goals and being considered the enemy.

I want you to know and understand that I agree with you and your fellow African American Franchisees. You have made significant contributions to the McDonalds System, you genuinely care about McDonalds, you have worked hard to make McDonalds successful and yet, you are behind in most measurements that connote success in the McDonalds System. I believe that it is not right or fair, it cannot continue and it has to be fixed now.

I am making a personal commitment to you, the NBMOA and all African American Franchisees that I will do all I can to make my partners in the company take the actions necessary to resolve this problem. No excuses, no reasons, no would'ves, could'ves or should'ves----just results.

I am your partner in this endeavor.

I commit to you and the NBMOA that the following will happen:

- Any African American Franchisees that are currently in critical financial situations will be addressed and fixed immediately.

- A full course press will be applied to fix all of the existing under performing locations that are owned by African American Franchisees----second chances for all African American Franchisees will be the rule, not the exception for the rest of 1996 and beyond, if necessary, until we get the current problems fixed.

- The company in concert with the Black Franchisees, will create and implement a strategy designed to achieve parity for African American franchisees. It will be aggressive, focused, have a short period to reach its objectives, be measurable and have the endorsement and full backing of the TMT.

- There will be rewards for success and sanctions for failure in achieving plan targets and goals.

- The company will meet with the NBMOA on a regular basis to review progress..

- The strategic plan will be announced and implemented by July 1, 1996 and achieve meaningful results by year end.

- We will not try to reach consensus on what the "right decision" is to fix financial and franchising problems. That authority will rest in the hands of a few individuals.

- This process will be viewed for what it is; achieving parity for our Black Franchisees, not reaching a comfortable financial or franchising solution for the company.

- The company will also work in concert with the NBMOA to develop a comprehensive strategy for African Americans that includes purchasing and marketing.

Reggie, I know that we can achieve our common purpose. We may disagree at times on the what's and how's as we move forward, but I know that we do not and will not disagree on what we want to accomplish-----Parity.

Sincerely yours,

[signature]