# EXHIBIT C

NBMOA McDonald's

National Black McDonald's Operators Association

November 14, 2002

To: NBMOA Membership

From: Larry C. Tripplett, Chairman & CEO
NBMOA

**RE: ORGANIZATION UPDATE**

Dear NBMOA Member:

This letter is written to update each of you as to what your Board of Directors and Executive Committee have been diligently working on for the benefit of African American Franchisees in the McDonald's System and African Americans in general.

First, let me remind you of what you already know. **We are "Free People**." We have the right to expect not to be discriminated against by anyone. Discrimination is illegal in this Country. We make significant contributions to the McDonald's System every day. In some cases, these contributions are made under very difficult dangerous environmental circumstances. We do so proudly and professionally as we all desire the American Dream of successful Business Ownership. We deserve and will demand nothing less than equal treatment. **We must continue to stand United and Strong**. We have nothing to fear.

As you are aware, the NBMOA Executive Committee is in earnest negotiations with the Leadership of McDonald's Corporation to ensure that Parity is met and maintained. We believe that each and every African American Franchisee should receive real assurances that when Parity is met, the discriminatory practices of the past will not reoccur.

During these negotiations we ask that you continue to maintain good operations in your restaurants. We owe this to the Communities we serve. There have been many questions regarding the request to sign release letters for Temporary Rent Adjustment (TRA) used to ostensibly make Parity. We never agreed that release letters should be signed for TRA. We have advised Mike Roberts of this fact. We encourage you to avoid signing any release letter. We suggest before signing such a letter you seek legal counsel and discuss this matter with your NBMOA Board Representative, Chapter President, or Division President. It goes without saying that in many cases TRA may mean the difference of staying in business or not, you must make the best decision for you and your family. Nevertheless, please know that you have the absolute support of the NBMOA Board of Directors and this Chairman. We are determined to resolve this

P.O. Box 8204 • Los Angeles • California • 90008-0204 • 323/296-5495 • Fax: 323/296-6134
e-mail:nbmoa@aol.com • webasite: www.nbmoa.org

matter to the benefit of our Members which will have the effect of improving the McDonald's System in general. Please be advised that we are not involved in a lawsuit against McDonald's and no decision to engage in a lawsuit has been made.

Each Board Member and Chapter President will soon be receiving a copy of the minutes from our last Board of Directors Meeting. Please contact them for more specific details.

Yours in Strength and Solidarity,

Larry C. Tripplett

## NBMOA 2003 CALENDAR OF EVENTS

1ST quarter Board of Directors Meeting
February 14 & 15, 2002 (Tentative)

2nd quarter Board of Directors Meeting
May 16 & 17, 2003 (Tentative)

3rd quarter Board of Directors Meeting
September, 2003 (Will be held in conjunction with Congressional Black Caucus Legislative Weekend & specific date in September has not been set)

NBMOA 2003 Conference
October 14 – 17, 2003
Chicago, Illinois

4th quarter Board of Directors Meeting
November 14 & 15, 2003 (Tentative)

P.O. Box 8204 • Los Angeles • California • 90008-0204 • 323/296-5495 • Fax: 323/296-6134
e-mail: nbmoa@aol.com • website: www.nbmoa.org