# EXHIBIT D

**NBMOA Board Meeting**
**February 6, 2009**
**Ritz Carlton, Buckhead**

Roll call was taken by Adrian Smith, Assistant Vice President & Treasurer. **Board Members present:** Chair & CEO Rita Mack, Vice Chair, Roland Parrish, Rose Andom, West Division President, David White, Central Division President, Judy Young, East Division President, Ernie Adair, Immediate Past Chair, Larry Tripplett, Cynthia Brown, Marty Gillis, Anthony Grissett, Floyd Sims, Joyce Oubre, Lewis Webb, Mitch McGuire,Lanny Sumpter, Tom Brown, Jacqueline George, Marc O'Ferrall, James Henley, Nicole Enearu, Johnnie Marks, Kenneth Manning, Wayne Stingley, Daniel Ashburn, Eric Moore, Larry Brown, Carl Wiseman, Carroll Oliver

**Members Present**: Mark Bynum, Doug Hollis, Savarior Service, Hank Thomas, Joyce Oubre, Daniel Ashburn, Donald Shaw, Jesse Ingram, Yvonne Thomas, Hank Thomas, Vicky Chandler ,David Chandler, Geta Asfaw, Donald Bailey, Christine Crawford, Yves Dominique, Leo Goodrum, Roy Griggs, Bobby Haynes, Sr., Tanya Holliday, Wayne Holliday, Henry Coaxum, Pamela Hutcheson, Mark Mines, Percy Johnson, Jesse Perry, Carrie Salone, Ricky Wade, Denise Bentham

**McDonald's Corporation:**
Karen King, Rick Colon, Harry Coaxum, Debbie Stroud, Marty Ranft, Pat Harris, Charlie Robeson, Debbie Mossa, Mason Smoot, Jim Norberg, John Lambrechts, Albert Seecharen

**Guests:** Blair Hampton, Century Products

**Chairs' Update:**
Rita Mack, Madam Chair & CEO
Highlights of opening remarks:

- Requested the Board to focus on raising the bar - Get informed! Get inspired! Get involved!
- Recap of Presidents' retreat
- Reminded the Board of NBMOA's purpose - a self help organization first and foremost. Showed video clip of Cirilo McSween from the celebration of the re-opening of the first African American restaurant to reinforce her point
- Thanked Ernie Adair, Immediate Past Chair, for allowing us to be able to create a piece of history, on MLK Birthday, January, 2008 and celebrating the re-opening of the 1st restaurant owned by an African American
- Keith Allen is the new owner – worked at this same restaurant when he was 15 years old. An incredible story that public relations should run with.
- Reported on results:
  - $264,010 average cash flow @ 9/30/08
  - $2,293,246 average sales volume @ 9/3/08
  - 1307 Owned traditional restaurants ( +41 over 12/31/07)
  - 304 Owner/Operators
- Expressed concern about the decreasing number of Operators
- Asked Division Presidents to put together a list of all the old issues and try to get them resolved
- Reviewed new additions to Board of Directors and committee chairs
- Welcomed new NBMOA members in attendance

**Vice Chair Update:**
Roland Parrish, Vice Chair

Vice Chair Parrish opened with a presentation of a book, "John F. Kennedy First 100 Days" in office to Madam Chair to commemorate her first one hundred days. He proceeded with the following comments and or discussions:

- Recognized the BWR – BMOA Chapter for a fabulous inauguration celebration

- Presented Accomplishments and task for the first one hundred days
- Membership – Houston presented 100% membership dues for entire chapter
- Rewrite of By-Laws
- Pledged unconditional support to Rita Mack and the Board
- Asked members to review the McDonald's Corporation/NBMOA Communication plan
- Minutes – plan is to have first draft to Core Officers in 14 days
- Financial Audit – will be started in first quarter
- March 25th Executive Board Conference Call
- 100 day plan is to visit one chapter per quarter

**2009 Business Perspective & Q/A**
Karen King, President East Division
Rick Colon, Sr. Vice President McOpCo – East Division

Karen introduced her team:
East Division Office team stood to be recognized. She made the following comments:
- Expressed that her 8 GM's are present to better know the goals of the NBMOA
- Also proud to support Rita Mack and her Executive team.
- 11 net new restaurants owned by African Americans
- 6 restaurants going to African American Operators this quarter
- Actual cash flow 257k (a little lower than where we want to be)
- Recommends using the profit generator tool to understand how to project cash flow
- Focus on reductions before totals; BWR and team did a great job
- $2.3m average sales for African American Operators
- Key is in understanding what drives the gap in cash flow
- Important that we understand which questions to ask
- End of the day it is about respectful and productive relationships
- Need to focus on breakfast because it supports our profit goals

Rick Colon:
- Division ended the year 302 less McOpCo restaurants, 260 sold, others closed
- 10-1 odds opportunity to get growth from McOpCo. 1 out of 18 chances for new store opportunity in 2008
- 300 McOpCo restaurants will be sold in 2009. There will be 115-125 new construction sites. The odds for growth in 2009 will be the same as 2010.
- The average sales and cash flow of McOpCo restaurants sold is lower than the sales and cash flow of average NBMOA restaurants.
- Sales between Owner/Operator transactions well over 500 in 2008. Odds of growing are higher in purchasing restaurant from Operator vs. purchasing from McDonald's
- Networking to help get deals that Operators are selling in African American hands before they go public
- Sale of McOpCo stores is shrinking in the future
- Get help in negotiating your deal. Learn how to tap into resources to utilize the skills that are available
- Work together and determine how to overcome and get a seat at the table

**Q/A:**

Comment: Roland Parrish - need commitment from the company that they will truly be engaged to assist us in purchasing the restaurants from other Operators.

Q: Marty Gillis - Is there a strategy in place on a national level to develop more opportunities for restaurants in the real estate market?

Answer: Mason Smoot – This topic has been a recent discussion. We are going through all the leases to see if there are any properties that can be acquired. It has been a number one priority.
Answer: Charlie Robeson – getting better leases today than ever before. Development team is very focused and open to real estate opportunities.
Comment: Karen King - Please present any opportunities that you know are out there.
Comment: Ernie Adair - stated the cash flow issue is of concern
Question: Ernie Adair - What is negotiable and what isn't when buying McOpCo Restuarant
Answer: Rick Colon – restaurants are valued by a team in Oakbrook There is zero flexibility in adjusting prices on restaurants. What is on the books is rolled back into the rent.
Q: Adair: Is there a possibility for the Operator to look at what is on the books?
A: Rick Colon - No
Q: David White – My concern is that McDonald's asks us to negotiate blindly. Can you help me to understand how you would expect us to negotiate without all of the facts?
A: Rick Colon – On why we don't share below the PAC line. Traditional Operators don't have the same overhead on their P&L's. So if we show these numbers, Operators will want to value the restaurant based on those numbers. We want fair market value.
Q: David White - Is McDonald's looking for a win/win vs. win/lose?
A: Rick Colon – The mistake we made previously is making projections that are sometimes not reached. So we ask that you do your own projections.
Comment: Ken Manning –concerned about the raising of rent based on lease hold improvements. We do not have the opportunity to capture that money back. It is an unfair advantage.
A: Rick Colon - There are things behind the scene we don't publicize. We can't always raise the rent for lease hold improvements**.** I have taken the feedback to the group and will take it back again.
**Q:** Larry Tripplett – have concerns with rolling money that is on the books into the rent vs. the price of the restaurant.
**Q:** Rose Andom**:** Would like a firm answer on whether we can or cannot see the site profitability. (Site Prof) report
**A:** Karen King - will follow up with getting an answer on this question.
**Q/Comment** – Roland Parrish – referred to the Dan Rooney philosophy (on hiring Black NFL coaches). We need the same philosophy to assists us in purchasing restaurants from non-African American Owner/Operators.
**(Second Comment)** We are not talking about building cash flow to $400k anymore.
A: Karen King – Certainly in support of the Dan Rooney philosophy. We would be less than truthful to put out cash flow projections that are not realistic. A strong franchisor helps to make strong franchisee
We cannot take anything that we partner on unless we are strong as a company. Shareholders have a say in what we do.

Chapter President Vicky Chandler introduced Harry Coaxum.

**Atlanta Region Overview**
Harry Coaxum, Vice President, GM

Atlanta as a region:
- Discussed people in the region representing various departments
- Work to do in hiring women
- Will be working on deciding on where we should be thinking about moving restaurants
- Added several Next Gen Operators
- Have had some spousal approvals
- 1/3 of Operators have participated in some type of growth
- 2009 will be a better year than 2008

**<u>Marketing and PR Updates</u>**
Marty Gillis, Vice President Marketing
- Chicago and New York have the strongest AACM store sales and guest count comps YTD Nov 2008.

- Over 70% of the AACM stores are in Regions whose overall sales comp performance ranks below 10th (of 22 Regions) YTD
- East and Central Divisions, which have the greatest impact on overall AA performance with 95% of the AACM stores, had positive sales and GC Comps in November
- AACM guest counts in November also outperform National, indexing at 113

**Pat Harris,** Global Chief Diversity Officer
Presented update on schedule of events

- Announced that she will send an update to Executive Director, Brenda Powe for distribution

**<u>External Affairs</u>**
LeRoy Walker, Jr. – VP External Affairs
Bo Bryant – Sr. Director Federal Government Relations – Washington DC
Dick Crawford- Corporate VP, Government Relations

Bo Bryant presented overview of Government relations. He explained the rules of the House of Representatives and the Senate.

**Federal Issues:**

- Economic stimulus package first priority
- Labor Issues
- Immigration Reform
- Food Safety
- Nutritional Disclosure/ The LEAN Act
- Health Care
- Card Check Bill
- Employee Free Choice Act
- McDonald's Federal Political Action Committee (PAC)
- Action Steps and take aways
- GR National meeting May 5-7th.

Comment: Ernie Adair – If we contribute to the PAC, we need to be assured the money will be balanced when it is distributed. In the past, it has not been distributed equally. When will that behavior change? Information will be provided to us as to where the money has gone in the past. LeRoy Walker will secure this data to be reviewed by our Financial Director, Ernie Adair.

Madam Chair, Rita Mack commented that the NBMOA/Coke Scholarship Program will be kicked off in April. We will need a board member to take over the scholarship program.
The Diversity meeting is May 7th in Washington D.C. . Madam Chair requested that members submit their name to our Executive Director, Brenda Powe if they are attending.

**<u>Introduction of By-Laws Committee</u>**
**Roland Parrish, Vice Chair**
Vice Chair, Parrish introduced the By-Laws

- Announced members of the By-Laws Committee
- Judy Young, Blanton Canady, Keith Lollis and Roland Parrish, one representative from each division

Reviewed areas that were revised:

- Tax status
- Succession planning process
- Chairman vs. Chair
- Policy vs. Process was discussed and resolved in every section.
- Reduced from 32 to 18 pages
- Developed Division Presidents responsibilities
- Developed Succession Plan

- Developed Election Process for 1st and 2nd Vice Presidents of Divisions
- Added a nominations committee section
- Eliminated certificate of members section
- Eliminated chapter dues section

Members will be requested to submit input on By-Laws by March 31st .

**East Division Reports**
Judy Young, East Division President

**East Division Board Reports:**
**Floyd Sims** - Atlanta:
**Mitch McPherson** - BWR
**Tonya Holliday** - Philadelphia
**Dan Ashburn** - Boston
**Lanny Sumpter** - Florida
**Mitch McGuire** - New York
**Jackie George** - Pittsburg
**Kenneth Manning**- Raleigh

Jim Norberg - BWR GM – commented that he felt good with where they are and wanted to share progress in his area. His QSC and Director of Operations are working with Operators in the region.

Debbie Mossa, VP & GM - Philadelphia stated the following:

- Have dates on calendar to share with Tonya;
- A plan is in place for African American Operators that are ineligible to grow in Philadelphia

David White:

- 14.39% of Operators ineligible to grow in the region.
- Why are these Operators not eligible to grow?
- Would like to get more aggressive in understanding cash flow issues

**East Division Update**
Judy Young, President East Division
Communicated the NBMOA East Division 100 Day Plan and will report the results of the 100 Day Plan at next quarterly board meeting.

**Committee Reports**
SIT TEAM – Craig Welburn
Reported on and discussed the following:

- Have not met this year - Set team meeting is 2/23-25th
- Additional property that is owned by Owner Operators adjacent to restaurant
- Working on rewrites – no conclusions
- CBB – cash contributions

Q: There has been dialogue that some Operators who are not using the ECM program, but still receiving the 40% reimbursement?
A. You can't get the reimbursement if you do not use ECM or have Re-image.
**Q: Roland -** Why did the company borrow the $350m?
Karen King: Will get an answer as to why the company borrowed the $350 million dollars?
Comment: Jim Norberg- there were Operators that implemented CBB during reimaging without ECM, and they did get the 40%, prior to the roll out of CBB if it was done all at the same time as with a remodel/reimage.
Q: Were there any operators that did not use the ECM and received the 40%reimbursement

A: Karen King - will do homework to determine who received it, however she knew of no exceptions.

**Technology Report**
Mark Bynum

- Next Gen - would like to have members attend the board meetings
- Partners mail upgrade; no additional cost; store email additional $7
- McDonald's connect - $200 plus service contract (second yr,)
- JS 930 – no longer available, 950 is the latest
- Verifone is available

**Convention & Meetings Update**
**Marc OFerrall,** Vice President Convention & Meetings

- Thanked members of committee
- Announced Board meeting dates for 2009
- Theme: *A New Day, A New Perspective*
- Asked Chapters to take pictures now for the Ads
- Boston, Chicago, Las Vegas are destinations for '09 Board meetings (Boston will change)
- Invoices will go out for Ads within the month or ASAP
- Suggestion to get out SAVE THE DATE as quickly as possible
- Brenda will send out hotel information so that members can make reservations.
- Announced Convention location in 2010; Arizona Biltmore Resort & Spa

**2009 Strategic Plan**
Roland Parrish, Vice Chair
Introduced team leaders of four Pillars

**Reports below on recommendations:**

**David White – Eligibility to Grow**

- Make sure targets are met
- Get current information

**Rose Andon - Fair and Equitable Market Share**

- Focus on AACM growth
- Should include Suppliers
- Tactics; add an additional statement addressing cash flow
- BMOA Chapters develop their own plans as to what you might want to see happen
- Proactive at getting in more African American Owners

**Judy Young – Social Responsibility**

- Officially recognize two Operators from each division who have successfully engaged in social responsibility
- Post social responsibility activities on the NBMOA website
- Develop the "Telling Our Story" book
- Continue with Scholarships

**Roland Parrish – Maintaining Wealth**

- Focus on Wealth development and cash flow
- Tactics – will rewrite to focus more on running our business
- Continue with financial workshops for the next convention
- Division President to submit revised pillars to members by March 31st.

Closing Comments:
Madam Chair, Rita Mack

Quoted Ray Kroc: "The quality of an individual is reflected in the standards they set for themselves". She encouraged everyone to stay inspired, inform, and involved.
**Meeting adjourned at 5:00 pm**

**<u>Saturday February 7, 2009</u>**

Chair elect Rita Mack opened the meeting at 8:30 am

**Board Members present:**
Roll call was taken by Adrian Smith, Assistant Vice President & Treasurer. **Board Members present:** Chair & CEO Rita Mack, Vice Chair, Roland Parrish, Rose Andom, West Division President, David White, Central Division President, Judy Young, East Division President, Ernie Adair, Immediate Past Chair, Larry Tripplett, Cynthia Brown, Marty Gillis, Anthony Grissett, Floyd Sims, Joyce Oubre, Lewis Webb, Mitch McGuire, Lanny Sumpter, Tom Brown, Jacqueline George, Marc O'Ferrall, James Henley, Nicole Enearu, Johnnie Marks, Kenneth Manning, Wayne Stingley, Daniel Ashburn, Eric Moore, Larry Brown, Carl Wiseman

**Members Present**: Mark Bynum, Doug Hollis, Savarior Service, Joyce Oubre, Daniel Ashburn, Donald Shaw, Jesse Ingram, Yvonne Thomas, Hank Thomas, Vicky Chandler ,David Chandler,
Geta Asfaw, Donald Bailey, Christine Crawford, Yves Dominique, Roy Griggs, Bobby Haynes, Sr., Tanya Holliday, Wayne Holliday, Henry Coaxum, Pamela Hutcheson, Mark Mines, Percy Johnson, Jesse Perry, Denise Bentham,

Madame Chair, Rita Mack

- Expressed appreciation that Karen King came and brought her entire team to demonstrate the support to the NBMOA and commitment to her as the new Chair. She shared Karen King's thoughts regarding the NBMOA board.

Judy Young shared the following from Karen King:

- Karen is on the board of Directors of Bennett College and is overwhelmed with excitement that she is sharing this experience with Maya Angelou
- Working with colleges to develop intern programs
- Diversity Funding will be available in each region to hire an intern
- Communicate to your GM's that you are aware of this program

**<u>West Division Reports</u>**
Rose Andom - President West Division

**James Henley** - Pacific Sierra
**Joyce Oubre –** Northwest
**Wayne Stingley** - Rocky Mountains
**Denise Bentham (on behalf of Carroll Oliver) -** Houston
**Anthony Grissett** – Greater Southwest
**Nicole Enearu** - So. California

Discussion took place on the concern with only one African American employee in the region. Adair expressed that someone let Steve Plotkin know this is not acceptable.

**<u>West Division Update</u>**
Rose Andom – West Division President
Highlights from Andom's report are as follows:

- Average number of restaurants, 4.5 (remains the same) sales gap increase is positive $2,192,639 in 2007 to $2.275,813 in 2008
- Cash flow $290, 169 in 2007 to $276,548 in 2008 (Cash flow is a concern).
- Since parity (12/31/01) to now (12/31/08) the West has grown + 32 restaurants. The NBMOA has grown + 68 restaurants since parity. 47% of growth since parity has been in the West
- Discussed trend on receiving new restaurants: 2009 – 36 traditional new sites, according to Plotkin only 5 McOpCo restaurants will be sold
- Eligibility to Grow: Total 7/68 effective February (less that 8%?)
- Introduced her first and second Vice Presidents; Anthony Grissett and Wayne Stingley

**Central Division Reports**
David White, Central Division President

**Tom Brown** - Chicago
**Eric Moore** - Indianapolis
**Lewis Webb** - Heartland
**Carl Wiseman** - Detroit
**Larry Brown** - Midwest
**Johnnie Marks** - Great Southern
**Dave White** - behalf of Cynthia Booth

**Central Division Update**
David White, President Central Division
Some highlights from White's report are below:

- Focus on opening the lines of communications with Central Division NBMOA membership
- Objective: focusing on four core strategy
- First action step letter went out communication purpose
- Second action step recognizing work to do and appointments: profit tool and conference call
- Purpose to get members grounded with tools for self help.
- Experiencing higher sales and lower cash flow; will work very hard on both
- 36 Owner/Operators ineligible to grow (11.8%of total operators)
- Pledge to stay involved, inspired, and energized.
- Please to announce 100% participation in President's retreat
- February 13th will be with Doris Boulrece to examine the facts and look for a win/win
- Will be inviting Chair and Vice Chair to meet him in Chicago

Comment: Immediate Past Chair, Ernie Adair commented:
As it relates to new operators, they deserve at least a year to get their feet on the ground. Get the GM's to back up before they start giving them FOR's and SOR's.

**Treasures Report**
Adrian Smith, Vice President & Treasurer/Secretary
Ernie Adair, Immediate Past Chair – NBMOA
Financial Reports were distributed to Board of Directors

**Emerging Issues**
**Vice Chair, Roland Parrish**

Comment: Adrian Smith- expressed concerns on the ECM and the cost related when Owner/Operators have actually done most of the work.

**Discussions:**

- Madam Chair, Rita Mack: It is good that we capture all the lessons that we should have learned from this process and present them to Don Thompson.
- Discussed cash flow gap and ways to close it.

- We need to have a plan on how to keep the restaurants we sell in the hands of African American Owners.
- Website has been refreshed. Announced that Executive Director, Brenda Powe will send a letter to everyone that is on the website stream (release letter)

Madam Chair, Mack, asked Marc O'Ferrall, Vice President of Convention and Meetings to announce the following:

- The next Board meeting will not be held in Boston. Will explore either Dallas or Denver.
- Madam Chair Rita Mack requested that we allow Marc O'Ferrall to do his research and come back with the recommendation.

**Madam Chair Rita Mack closed meeting.** Some of her closing remarks were as follows:
Share with your chapters that the Board is committed to continuing the fight for fair and equal access to all opportunities that exist with African American's in the system. We will stay focused and disciplined on our agenda, for we know it is up to us to make us better.
"If there is no struggle there is no progress." (quote taken from a Fredrick Douglass)

Tell all of our members to stay in the movement.

Meeting adjourned at 12:30 pm.