# EXHIBIT E

# 2nd Quarter NBMOA Board of Directors Meeting - CLOSED SESSION

**Westin - Memorial City**
**Houston, Tx**
**June 23, 2011**

**7:00 - 8:00 AM**
**Closed Session - Members Only**

Chair & CEO, Roland Parrish called the meeting to order at 8:00 AM
Parrish, Chair, shared the following quote in his opening:

*Quote - Vernon Jordan - "The companies on whose boards I sat had market capitalization of "billions" of dollars and could have a board meeting in 2-3 hours. The Urban League board meetings lasted 2-3 days.*
*Chair, Parrish stated that his point in sharing the quote is to say; when you have the floor, get to the point and let's take care of business in a timely matter."*

Chair, Parrish, recognized Past Chairs and Executive Core five Officers

Reviewed the Restaurant Strategic Platform

**1. Focus on suppliers**

- ✦Will appoint Past Chair, Ernie Adair to NSLC position previously held by the late Robert L. Dunham
- ✦Supplier Summit, Sept. 15 in Oakbrook - forum for suppliers to talk to Jan Fields with only NBMOA officers in the room.
- ✦ African American Suppliers and the loss of McDonald's business and potential growth opportunites
- ✦Core Five officers have developed an incident report process. He asked Jackie George to document specific problem with regards to capacity that she is experiencing with storing of frozen buns.

**2. Balance Legacy of Owner/Operator and usher in Next Gen**

- ✦Comments on the Next Gen Conference - overwhelming success; better than 2006, which was an outstanding conference
- ✦Trumpet Award - Harold Lewis wants to feature 20 Next Generation Owner/ Operators in the next Trumpet Awards program

**3. Fiscal Responsibility**

**<u>Financial/Treasurers Report</u>**
Adrian Smith, Vice President/Treasurer

- ✦Presented report to Board and Members
- ✦Stressed the importance of confidentiality

**Further discussion on the following:**

**<u>Convention and Meetings Update</u>**
Marc O'Ferrall, Vice President Conventions and Meetings

Planning is going very well. On line registration is open.
O'Ferrall stressed the importance of securing rooms early for the convention.
Chair, Roland Parrish continued to review the following:

**Library /Archives of Interviews**
Live professional video taped interviews were conducted in Westin hotel during board meeting to capture history of NBMOA. Interviewees: Roland Jones, James Smith, Ernie Adair, Ralph King, Reggie Webb. This is only the first step. More interviews to follow.
**At large appointee**
Ken Manning
**Website committee**
Ken Manning, Chair
Mark Bynum
Larry Brown
Tanya Hill-Holliday
**Executive Board Project**
- Financial - Lead: Ernie Adair - layering of cost and layering of debt
- Collaboration - Lead: Reggie Webb and Rose Andom, Business decisions vs. obedience
- Eligibility to Grow - Lead: Rita Mack and Anthony Grissett - Objective Process, becoming subjective

**Had two executive meetings:**
- March 25, 2011 - Atlanta
- April 12, 2011 - Chicago

**Accomplishments:**
- Larry Tripplett is reviewing a restaurant purchase
- Succeeded in convincing McDonald's to pull advertisement from Donald Trumps TV program, The Apprentice (Teamed with NBMOA VP of Marketing, Marty Gillis to make this happen)
- Larry Brown worked a deal and acquired restaurants from a general market operator.
- He grew from 3 to 10 restaurants in Des Moines, Iowa.
- Chair, Parrish remarked the it is important to understand the difference between making sound business decisions vs. obedience.

Closed session adjourned at 9:00 AM

**Session Opened to All Attendees:**

**Welcoming Comments**
**Invocation**
Reginald Jones, NBMOA Co-Chaplain

**Roll Call was conducted by - Adrian Smith, Vice President, and Treasurer/ Secretary: Board of Directors and Representatives in attendance -** Chair & CEO Roland Parrish,Vice Chair, Rose Andom, West Division President, Anthony Grissett,

David White, Central Division President, Lanny Sumpter, East Division President, Rita Mack, Immediate Past Chair, Ernie Adair, Past Chair, Craig Welburn, Past Chair, Marc O'Ferrall, Carl Wiseman, Tanya Hill- Holliday, Denise Bentham, Nicole Enearu, Wanda James, Eric Moore, Floyd Sims, Joyce Oubre,Tom Brown, Jacqueline George,Wayne Stingley, Ricky Wade, Mark Bynum, Ralph King, Gloria Holloway, Herb Washington, Larry Brown, Geoffrey Brewster, John Tillman, Harry Staley, Louis Henry, Ron Moten, Bobby Haynes, Kenneth Manning, Freda Thornton,

**Members Present:** Paul Hoskins, Darryl Umphries, Angela Majors, Artie Vann, Mark Vann, Keith Lollis, Ed Smith, Valerie Smith, Michael Smith, Hazel Smith, Wayne Holliday, Keith Brown, Ernest Redmond, Mary Redmond, Dave Moss, Daphne Moss, Taurus Morgan, Veronica Morgan, Carroll Oliver, Martin Washington, James Smith, Deborah Smith, Tyrous Ingram, Vera Ingram, Ira Salls, Janelle Bynum

**McDonald's Corporation Present:** Herb Williams, Rob Jackson, Beletra Atwaters, John Kujawa, Mark Moreno, Pat Harris, H Walker, Zaida Zavitz, Erica Brown

**Guest:** Erica Beasley, and Mike Slocum, (Coca Cola Company) Blair Hampton, and Blair Hampton, Jr.(Century Products)

Chair, Roland Parrish acknowledged and welcomed Roland Jones, retired McDonald's Owner/Operator and past NBMOA Chair to briefly address the Board.

Jones commended the NBMOA for the progress and for the strategic manner in which they are moving forward. He suggested we read the book, <u>Challenging the Myth in Black Inferiority</u>, by Tom Burrell.

**Chair and CEO, Roland Parrish asked for three motions:**

- Ratify appointment of Ken Manning to the Board as a Member at Large
  - ✦Larry Brown made the motion; it was seconded by Tom Brown. Vote: unanamous
- Ratify appointment of Ernie Adair as NSLC Representative, replacing the late Mr. Robert Lee Dunham
  - ✦Ralph King made the motion; it was second by David White. Vote: unanamous
- Have McDonald's pay 50% of Congressional Black Caucus award table/donation
  - ✦Wayne Stingley made the motion; it was second by Tanya Hill Holliday. Vote: unanamous

**Reviewed the following for guest/company attendees:**

- Strategic Platform
- Franchising Vision Statement
- Success Measures
- Reviewed U.S. Franchising and Financial Information - March 31, 2011
- The numbers show that we are moving ahead.

Stephanie Oliver Green - Welcome address
Introduce new GM/VP, Houston Region - Mark Morena

Mark Moreno shared an overview of the Houston region.
**Points highlighted below:**
- Plan to Win
- Diversity
- Announced Houston BMOA members who are receiving new restaurants

**Vice Chair Update**
**Rose Andom, Vice Chair**

Highlights:
- Membership: East is 89% paid; Central is 83% paid; West is 93% paid
- Review miscellaneous section
- Moment of silence for Robert L. Dunham
- Freedom Riders 50th celebration
- Congratulated all the members that were featured in various print media
- Chair and CEO, Roland Parrish and the NBMOA will be presented a Leadership/ Economic Development award by Congressional Black Caucus, September 23rd, in Washington, DC.
- Vice Chair, Rose Andom will chair the Nominations committee
- At the 2011 convention, electing central and west division presidents
- Board members whose terms are expiring would like for them to elect new members before the convention.

**New Traditional Restaurant Rent Calculations**
Zaida Zavitz, Finance Officer - West Division

**Economic Policy Education and Review; Part I**
Items reviewed:

- SET Philosophy
- Stated Rent% based on 11,355 restaurants; average rent @ 11%
- McDonald's Real Estate Strategy
- New Restaurant Example of Development Cost
- SET Team Members
- Estimated Lease Value
- Base Rent Calculation
- Standard of Co-Investment - Fixed Percentage Rent
- 75% of those eligible to co-invest take advantage of opportunity to co-invest, and reduce their rent
- Minimal sales issues/threshold will assist Owner/Operators to get financial assistance
- National franchising department website - to get financial and Economic Policies

**Immigration Compliance**
Attorney Erica Brown, Sr. Counsel

East Division, McDonald's, USA

**Immigration Reform and Enforcement/what employers should know to protect their business:**
***(The presentation along with other helpful info will be forwarded to Board and membership)***

**Highlights:**
What's New with Immigration Reform:
- Federal immigration reform
- State immigration reform
- E-verify: is it mandated by your state?
- 2010 government enforcement
- 2700 I-9 audits last year
- Criminal charges against 180 owners, employers, and managers (Industry Wide)
- ICE resumes 'NO MATCH" letters to employers in April 2011
- ICE intensifies - 1-9 audits - Feb 2011 issued 1,000 I-9 audit notices
- June - issuing another 1,000 I-9 audit notices
- State Immigration Reform
- States; AZ. GA, SC,TN, AL have all passed Immigration Reform Laws
- E-Verify
    - ✦Internet based system operated by U/S CITIZENSHIP and Immigration Services (USCIS) in partnership with the SSA.
    - ✦Results in additional work; information must be in the system within 72 hrs.
    - ✦Employers obligations are strict. Must follow or face penalties if not followed properly.
- Other Points Made on I-9 Compliance:
    - ✦Constructive Knowledge - accepting incomplete or improperly completed 1-9's , or having no I-9 forms
    - ✦Failure to investigate suspicious circumstances
    - ✦I-9 General Rules
    - ✦I-9 audits - practices must be the same for all employees
    - ✦Reviewed possible outcomes of ICE audit

**West Division Update**
Anthony Grissett, West Division President
Announced that the West is in 1st place with membership and expressed appreciation for his team

Reports were given by:
Houston - Denise Bentham
So. California - Nicole Enearu
Greater Southwest - Tyrous Ingram
Rocky Mountain - Wayne Stingley
Pacific Sierra - Bobby Haynes

Northwest - Joyce Oubre

Closing /Announcements:
- New Operator in Pacific Sierra, Thomas Parker, two restaurants
- Harold Lewis was elected President of the Rocky Mountain BMOA
- West Division President, Grissett closed out session with presentation on the overall West Division
- Will continue to work together as a team
- Chapters will meet and share ideas on how to improve and drive the business

**Marketing/PR**
Robert Jackson, Director of Marketing, McDonald's, USA
Accompanied by Beletra Waters
HIghlights marketing update:
- Shared mission - Leverage the buying power of African American consumer
- Positive momentum - compared comp sales and GC Comps between Nat'l, AACM, HCM AND ACM
- African American consumer guest counts continue to out perform National
- AACM Oatmeal sales trending above national average
- Shared several smoothie and brand commercials
- Non traditional media program plan criteria
- Essence Music Festival - reviewed schedule of events at McDonald's booth and lounge
- Reviewed 365 Black awards celebration
- Reviewed Inspiration Celebration Gospel Tour
- Reviewed McCafe Real Fruit Smoothie Fusion Tour / McCafe

**Committee Updates**

**SET** - Craig Welburn, Sr. - will forward slide presentation to Board and members
**Technology -** Mark Bynum
- Reviewed the following:
    - ✦NPR Deployment- 9500 stores have been installed through last week
    - ✦NP6 most likely required by NRBES starting in December 2012
    - ✦PCPOS support throught at least end of 2013
- HHOT
    - ✦HHOT is optional
    - ✦Investigating making it a part of LTRS incentive for stores that can not do dual lane drive through
    - ✦Looking at an OTP2 install that will save the Operator $200-400
- M6 Service Packs - reviewed basic features for Service pack 2/3 and 4
    - ✦Service Pack 2/3 rolling out in September for Seed Store
    - ✦Service Pack 4 due out convention 2012
- Several regions are currently running an antiquated Verizon wholesale network; due to be upgraded before the end of September with no cost to Operators

**Next Gen** - Monique Vann
- Reported on the overall success of the conference; +150 attendees
- Shared Highlights of conference

**WON Update -** Gloria Holloway
- Oct. 4-7 conference precedes - Next Gen Workshop at WON convention
- Early bird registration ends July 1st - NBMOA's position has not changed with regards to not attending events held in Arizona.

Chair, Roland Parrish, shared that a request was made to Jan Fields that we have an African American Regional Manager be on the SET team

**Global Inclusion & Intercultural Management Update**
Pat Harris, Global Chief Diversity Officer
H Walker, Director, Education

Highlights are below:
- Owner /Operator Education for BCD
- National External Conferences - will forward schedule to Executive Director, Brenda Powe

**External Affairs**
Vice President External Affairs
Rose Andom reported on behalf of LeRoy Walker
- Presented slide presentation on National Government Relations workshop
- Workshop was the most sucessful ever, with more than 400 registered

**Chair and CEO, Roland Parrish closed meeting at 4:30 pm**

**Friday, June 24, 2011**

**Invocation - John Tillman, NBMOA Co - Chaplain**

**Roll Call was conducted by - Adrian Smith, Vice President, and Treasurer/ Secretary**
**Board of Directors and Representatives in attendance** - Chair & CEO Roland Parrish,Vice Chair, Rose Andom, West Division President, Anthony Grissett, David White, Central Division President, Lanny Sumpter, East Division President, Rita Mack, Immediate Past Chair, Ernie Adair, Past Chair, Craig Welburn, Past Chair, Marc O'Ferrall, Larry Brown, Carl Wiseman, Tanya Hill- Holliday, Denise Bentham, Nicole Enearu, Wanda James, Eric Moore, Floyd Sims, Joyce Oubre,Tom Brown, Jacqueline George,Wayne Stingley, Ricky Wade, Mark Bynum, Ralph King, Gloria Holloway, Herb Washington, Geoffrey Brewster, John Tillman, Harry Staley, Louis Henry, Kenneth Manning, Freda Thornton, Ron Moten

**Members Present:** Paul Hoskins, Darryl Umphries, Angela Majors, Artie Vann, Mark Vann, Keith Lollis, Ed Smith, Valerie Smith, Valerie Smith, Hazel Smith, Wayne Holliday,

Keith Brown, Ernest Redmond, Mary Redmond, Dave Moss, Daphne Moss, Taurus Morgan, Veronica Morgan, Carroll Oliver, Martin Washington, James Smith, Deborah Smith, Tyrous Ingram, Vera Ingram, Ira Salls, Janelle Bynum

**McDonald's Corporation Present:** Herb Williams

Chair and CEO, Roland Parrish shared his experience from the NLC meeting:
- Cynthia Booth - Chair of People Team - very professional and impressive
- Issue of layering of cost/debt is not just our concern; more Owner/Operators were vocal about layering of cost and debt

Chair, Parrish, introduced Mike Slocum, Assistant Vice President of Customer Engagement, The Coca Cola Company, who introduced presenter, Erica Beasley

**Deep Dive into the C-Store Business**
Erica Beasley, Multi Cultural Marketing Manager,
**Overview of C-Stores:**
- C-store Channel
- 64% of C - Stores are one store operators
- QSR & C - Stores often share common ground
- Reviewed C-Store Customers
- Reviewed C-Store Beverages - 7-10 top products sold in C - stores are beverages

**Central Division Update**
**David White, Central Division President**

**HIghlights of opening:**
NBMOA is highly favored and has a very bright future - expanded on the Next Gen conference, watching the Parents with their children. He expressed that working together works.

**Following Division Reports were given:**
Chicago - Tom Brown
Great Southern - Johnnie Marks
Indianapolis - Eric Moore
Heartland - Ralph King
Michigan - Ron Moten
Midwest - Louis Henry
Ohio - Herb Washington

David White, closed with overview of Division:
Shared a strategic move; plan to send charts with cover letter to all the GM's and QSCVP's to talk about work that needs to be done.

Chair and CEO, Roland Parrish expressed the following points:
- Parity numbers - 1,239 restaurants -

- Decrease in restaurants January 2001 thru 2004 (1189 restaurants)
- Grew restaurants thru Ernie Adair and Rita Mack's administration; now we are at 1,354.
- To assist with focus on strategic issues, all Past Chairs have been appointed to Executive Board
- The next Executive meeting will be held in September, in Philadelphia, in lieu of a full board meeting
- Stay Strong, Stay Together, Realize The Dream

Immediate Past Chair, Madame Rita Mack - Suggest we go back and track the number of African American Owner/Operators going out of the system.
Chair asked Vice Chair, Rose Andom to take the lead in completing an analysis of African American Owners leaving the system and how it compares to General Market Operators leaving.

**East Division Update**
Lanny Sumpter, President East Division

Highlights of Opening:
- Four new Board Representatives this year
- Freda Thornton is replacing Mary Navies in 2012

**Following Reports were presented:**
- Atlanta - Floyd Sims
- BWR - Freda Thornton on behalf of Mary Navies
- Boston - Geoffrey Brewster
- Florida - Carlton Wade
- New York - Harry Staley
- Philadelphia - Tanya-Hill-Holliday
- Pittsburgh - Tanya Hill-Holliday on behalf of Jacqueline George
- Raleigh - Wanda James

Lanny Sumpter closed out session with East Division overview presentation.

**Highlight of closing comments by Chair, Roland Parrish**:
- Recapped the week
- Next Gen Conference - Speakers, Alfred Liggins, Powers, and Tim Brown, shared experiences with the NBMOA that shined a light on the relevancy of the NBMOA
- Library/Archives - we have a rich history, we will continue the professional video taped interviews
- Closed with theme, "Stay Strong, Stay Together and Realize The Dream".

Co - Chaplain, John Tillman offered a closing prayer.

Chair, Roland Parrish adjourned the meeting at 11:50 PM

: