# EXHIBIT F

# Atlanta Welcomes

NBMOA Chairman/CEO Roland Parrish

NBMOA Vice-Chairman Rose Andom

Past NBMOA Chairman Fran Jones

East Division President Lanny Sumpter

East Division Vice- Presidents

Tanya Holliday and Ricky Wade

***August 27, 2013***

Mines Enterprises LLC

# Agenda

| | |
|---|---|
| Welcome | President John Hurt |
| Summary - Strategic Plan | President John Hurt |
| Closing The C. F. Gap | BMOA Board Rep Floyd Simms |
| ABMOA Growth Plan | Vice-President Keith Lollis |
| Q & A & roundtable discussions | All |

# ABMOA Strategic Goals

- Maintain Owner/Operators' Eligibility Percentage >95%.
- Grow  Net Worth by Closing  Cash Flow Gap by $?
- Grow ABMOA Restaurant Count to 5.0 average.
- Establish ABMOA as a Beacon Community Supporter.

# Closing the CF Gap

**Goal 2:** **Maintain & Grow Net Worth by Closing Cash Flow Gap by $XX+**

**Planned Action # 1:** Execute OPNAD, LOCAL, & AACM Marketing plans to maximize sales

**Tactics:**

Implement all Promotions at 100% as measured by Execution shops

Encourage BMOA members to participate in OPNAD, Co-op, AACM , and Executive Board meetings

Share Best Bets on Sales Building LSM Strategies

Properly Staff the Daily peaks to build sales

**Action Team:** **Keith Lollis, Vickie Chancellor**, Dale Thornton, Crystal Jakes, Van Jakes, Allen Stafford, Kirsten Lollis, Yves Dominique, Christine Crawford, Ben Alston, Malcolm Marshall, Valerie Taylor

**Planned Action # 2:** Educate Black Owner/Operators in analyzing P & L statements and identifying ways to improve.

**Tactics:**

Track and measure goals presented in the Strategic Plan (cash flow gaps/cash flow metrics)

Review FFS Norm Analysis…Discuss Quarterly the 3 line items with the Most Opportunity & develop strategies to improve Utilize a **ABMOA Scorecard** to track results of certain items that affect Profitability(i.e. B-reds, food cost spread, & etc.)

**Action Team: Floyd Sims**, Wendell Morgan, Willis Langley, Mark Mines, Nicole Daniel, David Chancellor; Kirsten Lollis;Tanya Squire; Muriel Powell; & David Knies

# Closing the CF Gap

**Planned Action # 3**: Improve Non-Controllables

**Tactics:**

Utilize collective bargaining strength to improve the cost of outside services, M & R, insurance, banking, security, accounting, real estate taxes, & etc.

Have Tanya to compare the Avg. volumes and rents of Gen. Market to ABMOA , thereby

factoring the possible differences of Gen. Mkt. to ABMOA

**Action Team: Yves Dominique,** Cheryl Dominique, Tina Sims, Linda Melton, Van Jakes, Lydia Mines, Marcus Marshall, and Tanya Squire

# Closing the CF Gap

- **Working our Strategic Plan.**

- **Engagement with the Regional Leadership.**
  - **- Change our Store Mix**
  - **- Focus on ABMOA Operator Growth Plan**
  - **- Create profitable growth opportunities**
  - **- Grow from within the Region (Where feasible)**

- **Self Help Initiatives.**
  - **- Emphasis on our Buddy System**
  - **- Enlist Subject Matter Experts as go-to resources for members.**
  - **- Improve P & L's with self-executed workshops**
    - **- Food cost**
    - **- Outside Services**
    - **- M & R**
    - **- Utilities**

# ABMOA CASH FLOW TREND (in $000s) 2006 - 2012




| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|
| Region Cash Flow | $303.9 | $287.9 | $285.2 | $305.5 | $360.6 | $335.5 | $334.7 |
| Group Cash Flow | $308.2 | $252.6 | $260.3 | $246.9 | $311.9 | $285.4 | $275.6 |
| Gap | -$4.3 | $35.3 | $24.9 | $58.6 | $48.7 | $50.1 | $59.1 |

# ABMOA Cash Flow Headlines

- 71% of the ABMOA's restaurants are located in Co-Ops with the lowest average cash flow:
  - Albany's Average Cash Flow is lowest at $269K, followed by GAMOA, then Birmingham.
  - GAMOA makes up one-third of the Region….GAMOA restaurants make up over half of the ABMOA restaurants.

# ABMOA Growth Plan

| Owner Operator's Name | Entity's Name | O/O's IN Entity | Traditional Stores Owned | Average Volume of Traditional Restaurants | Spod Stores Owned | Total of Stores Owned | Desire to Grow Yes or No | Store Growth Total | Timetable to Reach Goal | Willing to Relocate Yes or No | Desired Market for Relocation | Willing to Relocate to Birmingham, Yes or No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ben Alston | | 1 | 2 | | | | | | | | | |
| Dee & Christine Crawford | D&G Management | 2 | 6 | $2.5M | 0 | 6 | Yes | 8 to 10 | 4 Years. | Maybe | Southeast | No |
| David Chancellor | Phelps & Chancellor | 2 | 7 | $2.3M | 0 | 7 | Yes | ? | ? | Yes | Southeast | Yes, right deal |
| Bennie Clark | | | 4 | | | | | | | | | |
| Juneth Daniel | Emerald Mgt Corp. | 1 | 3 | | 1 | 4 | Yes | 12 | ? | Yes | Southeast | Yes |
| Yves Dominique | Dominique Products | 1 | 4 | $2.4M | 2 | 6 | Yes | ? | ? | No | | |
| Hayes Ferrell | | | 1 | | 0 | | | | | | | |
| Bruce & Bridgett Freeman | | 2 | 5 | | | | | | | | | |
| Leon Goodrum | Goodrum Enterprises | 1 | 7 | | 0 | 7 | Yes | ? | ? | No | N/A | No |
| Michael Harris | | | 5 | | | | | | | | | |
| Sonny Holland | J. First, inc | 1 | 1 | | 0 | 1 | Yes | 3 | 5 Years | Consider | Open | Consider |
| Carolyn Hunter | | 1 | 3 | 3.4 | 0 | 3 | Yes | 4 | 2 Years | No | N/A | N/A |
| John Hurt | Hurt & Hurt Restaurants | 1 | 8 | $2.8M | 3 | 11 | Yes | 16 | 5 Years. | No | N/A | No |
| Van Jakes | Jake 22 Mgt Co | 1 | 4 | | 1 | 5 | Yes | 6 | 5 Years | ? | ? | |
| Chris Johnson | KJ Restaurants | | 5 | | 0 | 5 | Yes | 5 | 18 Months | Yes | Growth market | No |
| Willis & BJ Langley | Langley Management | 2 | 6 | | 1 | 7 | Yes | ? | ? | No | N/A | No |
| Keith & Kirsten Lollis | KLM | 2 | 3 | | 0 | 3 | Yes | Open | Open | Yes | Open | Yes |
| Ken Manning | Manning Restaurants | | 12 | | 0 | 12 | No | 5 | 6 Months | Yes | Atl- FL-NC | |
| Dolly & Paul Marshall | Mar-Mal, Inc. | 4 | 6 | | 1 | 7 | Yes | 12 | 10 Years | No | N/A | No |
| John McCoy | JA Management, LLC | 1 | 3 | $2.4M | 0 | 3 | Yes | 5 | 2-3 Years | No | N/A | No |
| John & Linda Melton | J &L Melton Inc. | 2 | 4 | $2.6M | 0 | 4 | No | 0 | 15 Months | No | N/A | N/A |
| Mark Mines | Mines Enterprises | 1 | 4 | $2.1M | 0 | 4 | Yes | ? | 2 Years | Yes | Southeast | Yes |
| Wendell Morgan | 1720 Mgmt., LLC | 1 | 7 | $2.1M | 0 | 7 | Yes | 12 | 5 Years | Yes | Southeast | No |
| Alain Nkoudou | Berckmans Food | 1 | 2 | $2.3M | 0 | 2 | Yes | 5 | 1-2 Years | No | N/A | N/A |
| Muriel Powell | Golden Partners | 1 | 3 | $2.3M | 1 | 4 | Yes | 7-10 | 5 Years | Consider | Southeast | No |
| Carrie Salone | | 1 | 1 | | 0 | | | | | | | |
| Floyd Sims | F-Sims 1 | 1 | 7 | $1.9m | 0 | 7 | No | ? | 2-3 Years | No | Ga | No |
| Allen Stafford | Aljoyce II Inc. | 1 | 4 | $2.7M | 1 | 5 | Yes | 10 | 5 Years | No | n | |
| Yvonne Thomas | Hayon, Inc. | 1 | 3 | | 0 | 3 | No | 0 | 2 Years | No | N/A | No |
| Larry Thornton | | 2 | 2 | | | | | | | | | |
| Angie Townes | | 1 | 1 | $2.75M | 0 | 1 | Yes | 3 | 3 -4 Years | Yes | Southeast | No |

# Subject Matter Experts for Our Buddy System

| | **Operations:** | | | **Profits:** | | | | **People:** | |
|---|---|---|---|---|---|---|---|---|---|
| Area of Focus: | ROIP | CSO | Food Safety | Food Cost | B-Reds | PNL / Ratio's | Recruitment | Mgmt / Crew Training | Schedules |
| Subject Matter Experts | John H | Carrie S | Leon G | John H | John H | Muriel P | Christine C | Leon G | Chris J |
| Subject Matter Experts | Leon G. | John H | | Chris J | | Ken M | | Christine C | |
| Subject Matter Experts | | | | | | | | Kirsten L | |
| Subject Matter Experts | | | | | | | | | |
| Subject Matter Experts | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | **Customer Satisfaction:** | | | **Financial & Reinvestments:** | | | **Franchising** | | |
|---|---|---|---|---|---|---|---|---|---|
| Area of Focus: | Sales Building | Customer Recovery | Grand Opening Plans | 5 Year Planning Tool | Profit Protection Report | MRP's / Rebuilds | Sale Between Operator (SBO) | Next Gen Prog. | Spousal Prog. |
| Subject Matter Experts | Willis L | Ben A | Christine C | | | Paul & Dolly M | Ken M | Allen S. | Dolly M |
| Subject Matter Experts | David & Vicki C | John H | BJ Langley | | | John H | Keith L | Malcom M | |
| Subject Matter Experts | | | | | | | | Marcus M | |
| Subject Matter Experts | | | | | | | | BJ Langley | |
| Subject Matter Experts | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | **Technology** | | | **Other Topic** | | | **Other Topic** | | |
|---|---|---|---|---|---|---|---|---|---|
| Area of Focus: | Camera | RMS | QSR Soft | Insurance | TBD | TBD | TBD | TBD | TBD |
| Subject Matter Experts | Floyd S | Floyd S | Floyd S | Van Jakes | | | | | |
| Subject Matter Experts | Mark M. | | Allen S. Jr. | | | | | | |
| Subject Matter Experts | | | | | | | | | |
| Subject Matter Experts | | | | | | | | | |
| Subject Matter Experts | | | | | | | | | |

# Atlanta BMOA

Questions ?

# Back up Slides



# ATLANTA BMOA PLAN TO WIN 2013 …IT'S OUR GAME

| Profit | Peaks | People |
|---|---|---|
| • *Reduce Food Over Base to 3.7% of sales.*<br>• *Reduce B-reds (Reduction Before Total) to less than 2% of sales.*<br>• *+20K Net Cash Flow* | • CSO % under 30% driven by Fast +70%, CTP 55 sec, 2nd side open opportunity <10%<br>• Grow +50 GC's per day (+13 at lunch peak – 11am-2pm) | • Reduce TTM Hourly Manager Turnover to 39% or less<br>• Meet or exceed restaurant staffing minimum guidelines for Shift Cert. Managers based on RDM guidelines.<br>• Increase the number of crew trainers to 15% of crew or greater. |

| | 2012 Actual | 2013 Goals | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reduction Before Total (Ops. Report) | XXX% | ≤ 2% | X% | | | | | | | | | | | |
| Food Over Base (FOB) (QCR) | XXX% | ≤ 3.75 | X% | | | | | | | | | | | |
| CSO% | XXXX | <30% | X% | | | | | | | | | | | |
| *Cash Flow* | *+ 20K* | | | | | | | | | | | | | |
| Guest Count Growth Per Day/ Peak Period | XXXX | +12 | X | | | | | | | | | | | |
| TTM Hourly Mgt Turnover | XXXX | < 39 | X% | | | | | | | | | | | |

| Atlanta BMOA | Trend | 2013 Target | Regions Results | Jun | Jul | Aug | Sep | Oct | Nov | Dec | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2012 Sales/GC | | | | | | | | | | | |
| | Comp Sales-Actual | 5.00% | -1.20 | -0.7 | | | | | | | |
| | Comp GC's Actual | 3.20% | -3.20% | -2.70% | | | | | | | |
| | Guest Counts +/- avg day | 50 | -39 | -35 | | | | | | | |
| BOA | | | | | | | | | | | |
| Measures and Indicators | CSO | <30 | 36 | 35.6 | | | | | | | |
| | Fast Score | 70.00% | 61.0% | 61.8% | | | | | | | |
| | Guest Counts 11-2 | 13 | -4 | -2 | | | | | | | |
| 12-1 Results | # of VLH | 13 | 11.5 | 10 | | | | | | | |
| | VLH vs. Guide +/- | 2.00 | 0.80 | 0.60 | | | | | | | |
| | Healthy Use of 2nd Side | <10% | 86% | 82% | | | | | | | |
| Elevating Our Talent | | | | | | | | | | | |
| | TTM Hourly Mgt T/O | <39% | 51% | 56% | | | | | | | |
| | Crew 90 Day T/O | <39% | 28% | 44% | | | | | | | |
| O & PM: Profits | | | | | | | | | | | |
| Measures and Indicators | B-Reds as a % of Sales | <2.00% | 4.76% | 4.41 | | | | | | | |
| | FOB | <3.70% | 4.05% | 4.30 | | | | | | | |
| | | | | | | | | | | | |

# Atlanta BMOA Operators

**Officer Partners**
Sharlene Smith
Darren Hall

**Operators by Co-op**
Albany/Tallahassee Co-op -2
Atlanta Co-op - 21
Augusta Co-op - 2
Birmingham Co-op - 3
Charleston Co-op - 1
Chattanooga Co-op - 0
Columbia Co-op - 4
Columbus Co-op - 0
Northern Alabama Co-op - 0
Macon Co-op - 2
Montgomery/Dothan Co-op - 4
Savannah Co-op - 1
Operator Total - 39




**Birmingham Co-op**
Kenneth Manning - Hoover, AL
Larry Thornton - Hueytown, AL
Dale Thornton - Hueytown, AL
Allen Ankoudou - Birmingham, AL

**Montgomery /Dothan Co-op**
Nicole Daniel - Montgomery, AL
Dolly Marshall - Auburn, AL
Paul Marshall - Auburn, AL

**ALABAMA**




**GAMOA Co-op**
Ben Alston
David Chancellor
Vicky Chancellor
Yves Dominique
Hayes Ferrell
Leon Goodrum
Sonny Holland
Johnny Hurt
Van Jakes
Chris Johnson
Keith Lollis

**GAMOA Co-op**
Kirsten Lollis
John Melton
Linda Melton
Mark Mines
Muriel Powell
Carrie Salone
Floyd Sims
Allen Stafford
Hank Thomas
Yvonne Thomas

**Macon Co-op**
Bridgett Freeman – Macon, GA
Bruce Freeman – Macon, GA

**Augusta Co-op**
Christine Crawford - Augusta, GA
Dee Crawford - Augusta, GA
Angelina Townes - Augusta, GA

**Albany Co-op**
Mike Harris - Albany, GA
Wendell Morgan - Tifton, GA

**Savannah Co-op**
John McCoy - Beaufort, SC

**GEORGIA**




**Columbia Co-op**
Benny Clark - Columbia, SC
Willis Langley - Columbia, SC
Willis Langley III - Columbia, SC
Larry L Young - Columbia, SC

**Charleston Co-op**
Carolyn Hunter – Charleston, SC

**SOUTH CAROLINA**

SELF HELP PROJECTS
Buddy System
Subject Matter Experts Resource Members
Food Cost Workshops
B-Red Contest

CHAPTER COMMUNITY INVOLVEMENT
Wheels of Dreams
Christmas Toy Shelter
Rites of Passage

III. 2013 FINANCIAL BUDGET….Linda…
IV. Q & A & roundtable discussions
Next items to discuss on today's conference call:
3. B-red contest results so far
4. ABMOA registrations for Oct. convention…Nat. dues paid.

# AACM Presence in the Region

| **AACM Ownership Highlights<br>March 2013** | |
|---|---|
| | **AACM Population based on 2010 Census Data** |
| Birmingham | 73.4% |
| Albany | 71.6% |
| Macon | 67.9% |
| Montgomery/Dothan | 56.6% |
| Savannah | 55.4% |
| Augusta | 54.7% |
| Atlanta | 54.0% |
| *Columbus* | 45.5% |
| Columbia | 42.2% |
| *Chattanooga* | 34.9% |
| *Northern Alabama* | 31.2% |
| Charleston | 25.4% |
| | |
| *ABMOA does not own restaurants in these markets.* | |

# AACM Ownership in GAMOA

- 33% of GAMOA's restaurants are AACM restaurants.

  *(77 of 231 restaurants)*

- ABMOA owns and operates 56% of the AACM restaurants in the GAMOA market.

  *(43 restaurants)*

- The remaining 44% are owned and operated by non-ABMOA owner/operators.

# ABMOA Sales as of March 2013

| Sales Volume | % of ABMOA Restaurants |
|---|---|
| Restaurants Under $2.5 million | 58% |
| Restaurants Over $2.5 million | 42% |
| | |
| Restaurants under $2 million | 27% |
| | |
| Restaurants over Regional Average | 37% |
| Restaurants under Regional Average | 63% |

# Region vs. ABMOA Sales



# Region vs. ABMOA Cash Flow



# ABMOA Cash Flow Headlines

- 71% of the ABMOA's restaurants are located in Co-Ops with the lowest average cash flow:
  - Albany's Average Cash Flow is lowest at $269K, followed by GAMOA, then Birmingham.
  - GAMOA makes up one-third of the Region….GAMOA restaurants make up <u>over half</u> of the ABMOA restaurants.

# GAMOA vs. ABMOA GAMOA Cash Flow




- ABMOA restaurants in GAMOA have almost $1.3M Norm Opportunity.
- Capturing half of the opportunity would result in average CF improving to $302k – exceeding average GAMOA CF by $6k.
- Impact to total Cash Flow for all ABMOA and gap would be $5k.

# ABMOA Meeting

July 30, 2013

# 2012

# Atlanta Region

# Average Restaurant

# Cash Flow was

# Up $3,200

# 2012 Cash Flow Change Distribution



# Getting Underneath the Average

Average Restaurant up $3,200

**Cash Flow Quintile 1**

**+ $81k**

**Cash Flow Quintile 5**

**($83k)**

**Gap**

**$164k**

# Getting Underneath the Average

**Average ABMOA Restaurant down $12,600**

**Cash Flow Quintile 1**

**+ $89k**

**Cash Flow Quintile 5**

**($92k)**

**Gap**

**$181k**

# BMOA RESTAURANTS

- Total Restaurants 133
- 126 total restaurants that can be modernized
- 57 are Modernized, leaving 69 to be modernized
- We have 12 commitment letters for future projects
  - 7 Rebuilds and 5 MRPs

# Modernization Percentage

- Regional  Modernization Percentage 46.77%
- BMOA Modernization Percentage 45.24%

# AVERAGE BUILDING AGE

Regional Average Building Age 13.94%
BMOA Average Building Age 13.74%

| | |
|---|---|
| 0-5 | 31 |
| 5-10 | 22 |
| 10-15 | 25 |
| 15-20 | 19 |
| 20-25 | 22 |
| 25+ | 13 |

# MRP COST Regional Averages

- Overall, MRP costs are within 1% of the East Division Average costs and we have the best Sales increases above the market in the East Division at 6.3%
- Total MRP Costs = $832,367
- Building & Capacity (Shared Cost): $434,579
- Branding (Shared Cost): $220,138
- Infrastructure (100% Operator): $99,822
- Vendor Costs (100% Operator): $77,928