# EXHIBIT G

# 4th Quarter Board of Directors Meeting
# December 3 – 4, 2015
# The Biltmore Hotel, Coral Gables, Florida

**<u>Thursday, December 3, 2015</u>**

**Members Only Closed Session**

Chairman Roland Parrish called the meeting to order, and asked Clifton Johnson, II and Wayne Stingley to man the microphones. Wayne Stingley was asked to act as Sergeant-at-Arms in the absence of Larry Brown.

**Chairman's Update**

Chairman Roland Parrish expressed sorrow for the passing of Martine Sims, wife of Floyd Sims, NBMOA Treasurer. He reviewed the agenda items for discussion:

- Zone President elections will be held by acclamation if there are no further nominations.
- As in past 4th Quarter meetings, the Board may empower the Finance Committee to make year end financial decisions.
- Event honoring Don Thompson: the Executive Board suggested Thursday night, 3/31/16 with a ticket price of $200 per person. A survey will be taken to assess the number of members who would plan to attend the event before plans move forward.
- Mike Andres meeting update.
- AACM Committee update.

**Highlights of discussion w/ Mike Andres:**

Present were Karen King, EVP & Chief Field Officer; Cody Teets, new VP, Franchise Relations; Bill Lowery.

- The NBMOA advocates holistically for the Brand McDonald's, however, the NBMOA is typically the only organization that steps forward to advocate for the black franchisee, employee, consumer and supplier.
- A lot of financial help and assistance has been given to members, double what was given in 2014. If someone needs help, let us know.
- Requested the Core Team & ombudsmen look at the bottom 8 markets in each Region to find solutions to the Cash Flow Gap.
- Rick Colon and Kevin Newell will be leaving McDonald's April 1, 2016.
- Members should identify McOpCos for purchase, research volume, potential investments, maintain rents, increase Cash Flow
- The AACM Reconnect Project will receive the requested $500k. Carol Sagers will be the Project Manager for 6 months for $20k, paid by the NBMOA, if we have a surplus. Her invoice as a vendor, and all other agencies, will be paid by the normal OPNAD process.
- The company is proposing, and we endorse, a CoOp President Boot Camp to emphasize inclusion of an AACM plan in all markets to reach the AA consumer. Many CoOps do not have an AACM Plan.
- Scheduled meeting with Robert Gibbs to discuss the Candidate McDonald's Project, which should include the NBMOA story as part of their campaign.
- A proposal was given to CFO Mike Soenke, Karen King, and others during the 4th Quarter resulted in financial assistance for franchisees. This was a hot topic at our D.C. Convention
- Noted the decrease in the number of African American McDonald's officers.
- At a future date, a proposal will be developed to give to Karen King to increase the number of African American employees, "Leading with Solutions" in three ways:
  - expand the intern program, including our people going into Operations;
  - accelerate an internal fast track, identifying African American employees to move up;
  - look externally for African Americans to recruit.
- The number of black suppliers' sales dollars has grown.

- A meeting has been scheduled with the AA suppliers, Chairman Roland Parrish, and Mike Andres and his team during Q1 to get acquainted with Mike Andres, emphasizing that diversity must come from the top, and identifying potential areas of growth.

**Q&A:**

**Q:** Please identify the bottom 8 markets. **A:** Detroit, Atlanta, Pac-Sierra, NW, BWR, Ohio, Chicago and New York Metro.
**Q:** Have we had any conversation with Mike Andres on Cash Flow Gap across the system and how it affects African American Operators as opposed to other Operators? Did he have comment regarding the loss of African American Operators across the system, and what is driving that loss?
**A:** Yes. His goal is to turn sales that will help CFG. My goal is to:

a) Identify and look at the Bottom 8 markets. This has been agreed to, and we will analyze in the 1st Quarter.
b) The second part is loss of sales in the AA community has hurt our Cash Flow. Hopefully, the Atlantic Reconnect Test will be successful.
c) We have a brainstorming session with Troy Randolph this afternoon to find creative ways to attract more African American franchisees.

**Q:** It is rumored that regions may change. **A:** Regions will remain the same, however, Zones may be reduced from four to two.
**Q:** We should mandate that Site Props for every store be given to the franchisees. **A:** A small meeting is planned with Mike Soenke to resolve this issue.
**Q:** The group using Twitter the most are African Americans. 365Black has 3000 followers; we should gather information to engage them and solicit them for purchases, and not just entertain them. **A:** Let us look at options to ensure the most efficient use of our dollars for Essence and 365Black, and that no other group is included in our budget.

**Comments:**
There was discussion of the 365Black and Essence Festival. Discussion included the significance of the Festival, and queried whether this is the most effective use of our marketing funds.

- We have $46m for media, of which $9.5m is for activation, and $6m of that is for 365Black & Essence Festival. However, the various fees and details need to be examined.
- Are we getting the results to justify $6m? We need to ask for the sale.
- The national advertising and exposure is reaching 500,000 black people, which $6m alone would not cover.
- Through Regional budgets we should engage local franchisees.
- We should have a committee research efficiency and the increased involvement of Coca-Cola in Essence.
- Are there other, more grass-roots efforts that may touch more people locally (who are not affected by the Essence Festival) in which we could invest?
- Another factor in the loss of AACM is that ownership is other than African American.

Chairman Parrish adjourned the closed session and called to order the open session.

**Invocation** John Tillman Jr. | Co-Chaplain, NBMOA

**Roll Call** Adrian Smith, South Zone President; on behalf of Floyd Sims

**Board Members present:** Roland Parrish, Lanny Sumpter, Anthony Grissett, Tanya Hill-Holliday, Ron Lofton, Adrian Smith, Rita Mack, Fran Jones, Larry Tripplett, Craig Welburn, Clint Gulley II, Louis Henry, Jr.; Denise Bentham, Mark Bynum, Anthony Greenwood, Sr., Clint Gulley Sr., Johnny Hurt, Ralph King, Johnnie Marks, Michele Rice, Freda Thornton, John Tillman, Jr., Derrick Taylor, Monique Vann-Brown, Herb Washington, Kiana Webb Severloh, Wayne Stingley, Brian Hairston, and Ron Moten. **Absent:** Ernie Adair,

Reggie Webb, Floyd Sims, Margaret Gillis, Larry Brown, Anthony Ewell, Johnny Hurt, Tyrous Ingram, Reginald Jones, Keith Lollis, Eric Moore, Al Norman, Marc O'Ferrall, James Smith, Frank Ward, and Carl Wiseman, Aneka Young, Ken Youngblood. **Members present:** Janelle Bynum, Anthony Greenwood, Jr., Deirdra Bailey, Chris Bardell, Jeff Brewster, Maurice & Carmen Brown, Nicole Enearu, Larry Hagan, Roderick Hagan, W. Gale Hill, Clifton Johnson, II; F. Ron Smith, Hazel Smith, Ricky Wade, and Marty Washington.

Chairman Parrish welcomed guests present from McDonald's USA, LLC**:** Debbie Roberts, Cody Teets, VP, Franchise Relations; Kevin Newell, EVP; Troy Brethauer, VP, Franchising, Karen Garcia, VPGM, Harry Thomas, QSCVP, and Bill Lowery, VP. From The Coca-Cola Company, Mike Slocum, VP, Customer Engagement.

Herb Washington made a motion, seconded by Wayne Stingley, to empower the Finance Committee to make decisions related to allocation of funds for reduction of taxes with regard to potential rebates and to Carol Sagers as Manager of the AACM Reconnect Project, if there is a surplus. The motion passed unanimously.

Zone President election: With no other nominations having been received since June, nominations were closed. Wayne Stingley moved, and Ralph King seconded the motion, to approve by acclamation Ron Lofton as Central Zone President, and Anthony Grissett as West Zone President. The motion passed unanimously.

Acknowledgements of sympathy were received from Jacqueline Paris on the passing of her husband, Board member Curtis Paris, and from Wayne Beasley, on the passing of his mother. Chairman Parrish expressed condolences for Treasurer/Secretary, Floyd Sims, whose wife, Martine, passed away on November 26, and for NBMOA Vice President of Marketing & Communications Marty Gillis, who lost her aunt.

**Chairman's Update**

Chairman Parrish reviewed the agenda and reported on his activities.

- He reiterated the Four Strategic Pillars:
  - Eligibility for Growth: improved from an average 40% ineligibility in 2005 to 10-15% currently
  - Wealth Building: acquiring and maintaining wealth, then turning it into generational wealth
  - Fair Share: African Americans are 12% of the population and 20% of sales
  - Social Responsibility: giving back, and telling our story
- Our current focus is on Cash Flow, FRP (Franchise Review Process), Dire Needs, Detroit, MRC (Mix of restaurants, Rent Controllables and the X factor is Sales/AACM.
- Marketing: During Q1 2016, we will launch our AACM Reconnect Project in Atlanta, a grass roots, boots-on-the-ground effort with African American agencies who have helped develop the plan. There will be pre- and post-test analysis.
  - ➢ The new VP of Franchising recognizes we have to change our recruitment of AA franchisees. He is open to a different franchise model for hard-core urban locations vs. rural locations.
  - ➢ A financial proposal was delivered to Mike Soenke, CFO in early 3rd Quarter, recommending steps designed to assist Owner/Operators in tight financial situations prepare for the All-Day Breakfast. This was a hot topic at the National Convention in Washington, DC.
  - ➢ The Chair met with Steve Easterbrook to invite him to our 2016 Symposium and to discuss the importance of the African American in McDonald's history and the U.S. turn-around vision. The AA consumer represents $1.3 Trillion in sales.
  - ➢ The Chair has met with U. S. Transportation Secretary Anthony Fox, members of the Congressional Black Caucus, addressing issues concerning the economic impact of African Americans and the importance of the small Black business to the economy.

**Comments:**

- It could be very beneficial if top executives went "undercover" or spent more time in restaurants talking to managers and employees, to better understand the effect of executive decisions on everyday operations. Operators can also be proactive in inviting McDonald's officers to visit their restaurants.

**Clint Gulley, II | Vice President, Meetings & Conventions**

- 2016 Calendar of Events: 1st Quarter Board meeting will be held at The Langham Chicago, March 30 – April 1. Our Symposium will be held September 20-23, 2016 in Montego Bay, Jamaica at the Hyatt Zilara Rose Hall Resort. Special rates will be available before and after the Symposium.

**Mike Slocum | VP Customer Engagement, The Coca-Cola Company, The McDonald's Division**

- Reconfirmed the commitment of Coca-Cola to the NBMOA and its upcoming Symposium.
- Announced Craig Williams will be the new President of Coca-Cola.
- Beverages are 21% of sales (equal to Breakfast) and 25% of profits
- The Coke Fountain contributes about $225k to the average franchise; $3b to the US McDonald's system.
- $7.3m drinks are sold every day; 2.7b drinks every year.
- Sparkling drinks are big and growing at McDonald's, and driving growth with competitors.
- Bubbly drinks are 59% of all beverages; twice as much Coke is consumed as its nearest competitor.
- Soft drink purchases have been declining at McDonald's due to: bundling, focus on McCafé, default to milk with Kid's Meals, options at the Drive-Thru, and increased competition from C-stores.
- "Perfect Pairings" & "Delicious Destinations" will be introduced next year to increase beverage sales.
- The Region One Tool will help drive more beverage sales; Regional Directors will be measured by their sparkling and total beverage growth.

**Q&A**

Q: Wouldn't Coke benefit from having more Freestyle machines, i.e., for Drive-Thru customers? A: In Q1 the number of Freestyles will increase from 87 to about 500; we are working on a new prototype for McDonald's. Q: What about the new delivery of Sweet Tea? A: By Fall 2016 Sweet Tea will not require the slurry; it will be automatic. Q: The small parts allocation has remained at $15/day, however, most small parts cost more. Q: There seems to be a shortage of repairmen available in south Florida when our machines break down. A: Mike will look into these questions. Q: Has there been growth with the new Freestyle machines? A: About 1% so far, but with increased marketing it should grow to 3-5%, which is what competitors have experienced.

**Vice Chair Update**

- Pioneers Golf Tournament II took place in Ocho Rios, Jamaica with 15 participants.
- Recognized four members who came together help save another member's business
- Consider a low-cost MRP developed by McDonald's to cut expenses

Clinton Gulley, Sr., Chapter President, Florida BMOA

- Trust, solidarity, flexibility, collaboration, mutual interest, and respect are essential for a good franchisee/franchisor relationship.
- There is interdependence and open dialogue between the BMOA and McDonald officers.
- The Chapter meets quarterly with Karen Garcia and Harry Thomas.
- After targeting areas that had few or no black operators, the number increased from 59 to 77 since 2012, a 30% increase.
- Three NextGens have been approved: Anthony Greenwood, Jr., Roderick Hagan and Valerie Gilchrist.

- The number of AA entities has gone from 14 in 2007 to 10 in 2015. It is important for the future to increase the number of entities and restaurants.
- Florida normally has a positive cash flow and sales compared to other BMOAs.

**Karen Garcia, VP GM Florida Region, McDonald's USA, LLC**

- Florida scored #1 in overall customer satisfaction, and 2nd highest in Cash Flow
- 875 stores in Florida and parts of Georgia; 200 changed hands recently, 27 remained AA
- Welcome Tyrous & Vera Ingram with 5 restaurants in Florida; Ricky Wade acquired 14 restaurants
- Florida will be the first state to fully implement the "Restaurant of the Future."

**Harry Thomas, QSCVP Florida Region, McDonald's USA, LLC**

We employ three guiding principles in our great relationship with the Florida BMOA:

- Implement a very thorough vetting process before opportunities become purchases
- System leadership: we make sure Owner/Operators are very involved in the Chapter & Region
- The BMOA plays a huge role in successful collaboration, reinvestments and market leadership

**National Black McDonald's Franchisee Foundation**

Rita Mack | Immediate Past Chair, NBMOA

- Wright Insurance has contributed $6,000 to the NBMF Foundation, which will be put towards the annual Crew Scholarship Program.

RMHC Ray Kroc Wall of Honor

- Wayne Stingley reported that, as of December 3rd, the goal of $100,000 has been met.

**Adrian Smith | South Zone President, NBMOA**

- 2014 U.S. population is 318.9m 14.3% (45.7m) is AA; 48% live in the South.
- South Zone BMOA Reports were presented.
- Anthony Greenwood, Sr. was elected the new Board Representative for Florida.

**Kevin Newell | President, West Zone, McDonald's USA, LLC**

- The culture of the company is focusing more on the customer
- Greater accountability around results
- Be sure to maintain strong relationship between the company and the owner/operators
- Management is going to be tougher, not easier
- Stay unified, focused on a higher purpose, and willing to make hard, "right" decisions
- The NextGen make the NBMOA well poised to face the future

**Debbie Roberts | President, Northeast Zone, McDonald's USA, LLC**

- The Northeast Zone meets together frequently.
- We look at the customer base to be sure the ownership and staffing make sense, and are striving to increase African Americans in officer positions.
- The Franchise Review Process will continue in the Northeast.

**Troy Brethauer | VP, U.S. Franchising, McDonald's USA, LLC**

- While some fundamentals about franchising will not change, we will be more flexible in some ways.
- Will begin keeping a "Relocatable Operators List" to assist relocation & growth of operators.
- The flow tends to be to the South and the West.
- We need more operators in New York, New Jersey & Pennsylvania, and in rural or urban areas.
- The best source for recruiting operators is current operators and employees.

- The financial requirement has been reduced for urban and rural operators.
- Adjusting the BFL so the operator will receive the benefit of depreciation.
- Be very careful in deciding to gift equity to an employee. There are other ways to give bonuses.
- There is a 3-year guaranteed loan program with a limited amount available to new operators.
- $75k unencumbered cash is a minimum amount needed to open a restaurant.

**Anthony Grissett | West Zone President, NBMOA**

- Yolanda Cook is a new African American QSCVP in the Pacific Sierra Region.
- Board member Tyrous Ingram has relocated to the Florida Region.
- Board Representatives presented reports on their regions in the West Zone.

**Tanya Hill-Holliday | President, Northeast Zone, NBMOA**

- Regional reports were presented.

**Government Relations Update**

**Louis Henry, Jr. | Vice President, Government Relations, NBMOA**
**Don Williams | Director, Global Government & Public Affairs, McDonald's Corporation**

Don Williams was invited to speak about the "Joint Employer" legislation that jeopardizes the franchisor/franchisee relationship, and asked NBMOA members to seek support from local legislators for the "Protecting Local Business Opportunity Act" before Congress that clarifies the current law definition of the franchisor/franchisee relationship, and protects and preserves the independent nature of separately-owned franchise businesses.

- The Coalition to Save Local Businesses (savelocalbusinesses.com) was formed to respond to this threat.
- Invite local legislators into your restaurants and speak about the contributions made by McDonald's franchisees in your communities.
- Become involved in and support your local PAC.
- Unions are focusing on making unionization a black & brown issue.
- PAC membership forms are available.

**Q&A**

- Collaboration among employers is beneficial.
- Develop a closer relationship with local legislators so they understand the impact of their laws.
- In Los Angeles members were able to get legislators to phase in the wage increase over 3 years.
- In Canada, B.C. has raised their minimum wage, added paid leave, and are outpacing the U.S.
- What is the procedure for purchasing a McOpCo restaurant? Let your GM know you are interested. McOpCo decides what restaurant(s) to sell, the list is then provided to the Region, which decides to whom they should make the opportunity known.

Chairman Roland Parrish opened the closed session.

- The 1st Quarter Board meeting will be held at the Langham Chicago. Led by Ron Lofton, the Board plans to hold an event honoring Don Thompson on Thursday evening, March 31st at a ticket price of $200 pp.
- A survey will go out to ascertain how many members will purchase tickets. A minimum of 60 will be required to move forward with the event.
- Freda Thornton made the motion, seconded by Denise Bentham, to proceed with plans for an event to be held in Chicago on March 31, 2016 to honor Don Thompson. The motion passed unanimously.
- The meeting was adjourned at 4:40p.m.

**Friday, December 4, 2015**

Chairman Parrish called the meeting to order at 8:30 a.m. and announced the sudden passing of Al Norman, Board Representative from New York Metro.

Invocation John Tillman Jr. | Co-Chaplain, NBMOA

Roll Call Clint Gulley, II | Vice President, Meetings & Conventions, on behalf of Floyd Sims

Board Members present: Roland Parrish, Lanny Sumpter, Anthony Grissett, Tanya Hill-Holliday, Ron Lofton, Rita Mack, Fran Jones, Craig Welburn, Clint Gulley II, Louis Henry, Jr.; Mark Bynum, Anthony Greenwood, Sr., Clint Gulley Sr., Johnny Hurt, Michele Rice, John Tillman, Jr., Derrick Taylor, Monique Vann-Brown, Marty Washington, Kiana Webb Severloh, Wayne Stingley, Brian Hairston, Ron Moten, Janelle Bynum, Anthony Greenwood, Jr. Absent: Adrian Smith, Ernie Adair, Reggie Webb, Floyd Sims, Margaret Gillis, Denise Bentham, Larry Brown, Anthony Ewell, Johnny Hurt, Tyrous Ingram, Reginald Jones, Ralph King, Keith Lollis, Eric Moore, Marc O'Ferrall, James Smith, Freda Thornton, Frank Ward, Herb Washington, Carl Wiseman, Aneka Young, Ken Youngblood. Members present: Deirdra Bailey, Chris Bardell, Jeff Brewster, Maurice & Carmen Brown, Nicole Enearu, Larry Hagan, Roderick Hagan, W. Gale Hill, Clifton Johnson, II; Johnnie Marks, F. Ron Smith, Hazel Smith, Larry Tripplett, Ricky Wade & Marty Washington.
**Guests**: from McDonald's USA, LLC; Cody Teets, VP, Franchise Relations; Karen Garcia, VPGM, Harry Thomas, QSCVP, and Bill Lowery, Sr. Director, Franchise Relations. From The Coca-Cola Company: Mike Slocum, VP Customer Engagement.

**Closing Remarks**
Roland Parrish | Chairman & CEO – NBMOA
The membership present voted to sponsor a celebration honoring Don Thompson during the 1st Quarter 2016 Board of Directors meeting in Chicago was passed. Ron Lofton will Chair the planning committee. The Executive Director will send out a survey to ascertain the level of participation that can be expected.

**Ron Lofton | President, Central Zone, NBMOA**

- Regional reports were presented.

**Franchise Relations Update**
Bill Lowery | Sr. Director, Franchise Relations, McDonald's USA, LLC
(more details are available upon request from Brenda Powe)

- As of 9/30/15 there are 255 African American Owner/Operators.
- Restaurant net increase for AA Owner/Operators is +13 or 4.8%.
- The McOpCo portfolio will continue to be refined.

**Anthony Greenwood | SET Representative**

- Over 95% of McDonald's restaurants in Wal-Mart are participating in Leading with Solutions Partnering, but are not selling the full ADB Menu.
- Conducting a 10-restaurant test to determine operational and financial viability of full ADB Menu.
- Supply Chain focused on McCafé equipment reaching end of life.
- MRP 2.0 - Review of Place Team work:
  - Modified MRP 500 began in Florida, monitoring results.
  - Shared sales & cost results of current program;
  - Defined scope of the new program, identified cost savings;
  - Discussed market approach deployment to maximize savings.

- Experience of the Future
  - Initial menu ticket study of 42 Texas & Georgia restaurants provided consumer feedback.
  - "Experience of the Future" to be rolled out in 600 Florida stores in 2016.
  - Reviewed changes to future testing, including menu & operational changes.
- LED: 1200 restaurants are in some phase of survey, design or installation.
  - LEDs refer to AccessMcD program under the Energy website section for savings
  - LED warrantees are generally 5 years
- Asked Finance Directors to work with GMs & Profit Team Leads to increase knowledge of savings opportunities, and encourage action, especially at the CoOp level for wider benefit.
  - Traditional financing available today is the most cost effective option.
  - Hubbell is the vendor parent company; Security Lighting is the product supplier.
- Discussion was held regarding the rising cost of doing business with credit cards.

**Technology Update**

Mark Bynum | Technology Representative

- A brief discussion was held on Technology-related issues.

**WON**

Janelle Bynum | WON Representative

- Linda Dunham and Reggie Webb were honored at the WON Conference in October.
- WON priorities for 2016 include:
  - People/Staffing
  - Cash Flow
  - Training for Leadership
  - Civic Engagement
  - Food/Supply Chain
  - Sustainability

The meeting was adjourned at 11:45 a.m.