# EXHIBIT H

# Minutes of the 2nd Quarter Board Meeting
## The Westin Philadelphia ♦ June 23 – 24, 2016

**Thursday, June 23, 2016**

Chairman Roland Parrish gave opening remarks in the Closed Session:

- The purpose of meeting in Philadelphia is to assist the members in the region.
- After 5 years of effort, as of June 1st there will be an NBMOA presence in Delaware, where there has not been an African American presence since Dr. DeLuz retired. Ken Youngblood purchased two restaurants.
- The NBMOA leadership has been traveling throughout the country to assist members. Adrian Smith went to Houston for a NextGen meeting; Tanya Hill-Holliday and her team went to Pittsburgh, attended the funeral of James Rice in Cincinnati and proceeded to Detroit. Fran Jones accompanied the Chairman to Atlanta. Ron Lofton, with Ernie Adair, Louis Henry and Reggie Webb went to Iowa several times. The Chairman also visited and consulted with members in Houston. Lanny Sumpter and Anthony Grissett traveled to Seattle and had a productive meeting.
- Congratulations to Larry Tripplett, who was named the 2016 365Black Awardee. Monique Vann-Brown reported that no nominations had yet been received. Positions open are: Chair, Vice Chair, Northeast Zone and South Zone. Nominations will remain open through the Symposium in Jamaica.

**Treasurer's Report – Floyd Sims | Treasurer**

- Financial Report as of 4/30/16. The detailed report is available upon request from the Executive Director.
- Attendance at Board meetings and the Symposium is encouraged, as they are the main source of our income.

**Lanny Sumpter | Vice Chair**

- Charlie Strong, Jeff Wilfong, and the QSCVP, Harish Ramalingam, and Mark Bynum attended the meeting in Seattle. After holding a general meeting with each operator, and with their consent, we went through the situation of each one in detail.
- The region is scheduled to construct a long-term plan for each one to get to a better place.
- There is very little expansion in the region, but opportunities have been lost.

**Fran Jones, Past Chair/Advisor**

- Chairman Parrish, Adrian Smith and I went to assist the Atlanta region, and met with the GM.
- The GM stated 85% of his TRA is allocated to the African American operators.
- This statistic testifies to the fact that these operators were placed in a position that put them in competition with one another by locating them in one area. This is the main cause of their difficulties.
- We must work collectively to be successful.

**Tanya Hill-Holliday, Northeast Chair**

- Welcome and thanks for coming to Philadelphia and for the help of the NBMOA.
- Brian Hairston traveled with her to meet with the Boston Chapter.
- Freda Thornton joined her in DC to meet with Isaac Green, Mary Navies, and Bill Lowery. The meeting was initiated by the regional GM, Bill Garrett. A follow-up meeting was held.
- Freda Thornton and Brian Hairston traveled with her to visit with the Rice family in Pittsburgh, then to Detroit, as Michigan recently joined the Northeast Zone.

Comments:

- The Detroit Plan is seeing progress. Most stores were 5 – 10% negative at the lowest point.
- Sales must be 5% positive the first year after the MRP is completed before there would be a payback, scaled up to a maximum 2% rent increase for 3 years for a full MRP.
- Could the Detroit Plan be shared with other operators to glean ideas for other regions?
    - Chairman Parrish responded: The Detroit Plan had three main elements:
        - $500k was earmarked to give the community
        - Rent restructure on a case-by-case basis, with possible closures.
        - Acquiring 5 McOpCo restaurants (1 to date) / restaurant modernization
- Chairman Parrish commented:

- ❖ The Black Advocacy Agenda: the 4 African Americans – customer, employee, supplier & franchisee.
- ❖ Revitalizing the Brand/inner city restaurants are an issue we must keep in the forefront: DC, San Francisco, Seattle, Boston, Chicago and New York. Philadelphia & Oakland are the next two we are discussing.
- ❖ Security costs: Karen King responded to a letter from Louis Henry regarding security issues. This resulted in the establishment of a Security committee that will work with the company. It is headed by Ron Lofton. Interested members may contact Ron or Louis.
- ❖ Restaurant growth: The NBMOA Executive Team was able to advocate and obtain for several members in the South (Atlanta), regarding their back rent and real estate taxes. The Team also assisted a member in the Northeast to improve a deal involving the purchase of a McOpCo and the sale of a low-performing restaurant.
- ❖ The Core Team will evaluate a follow-up trip to Detroit; current focus is on purchases of McOpCo's.

**SET Update – Anthony Greenwood | NBMOA Representative**

- SET analysis: 1317 restaurants below $2m in Cash Flow are labeled Low Volume Restaurants. 750 restaurants below $1.8m are categorized as Low Volume, Low Cash Flow, and Operators with 1-3 stores. The 10% payback will go away, and the percentage to put up is reduced from 43% to 33%. Low Volume Stores belonging to organizations of three, or have higher volume, can participate but do not get the extra 10% rent benefit. The Operator and Regional VP would still need to discuss the options, including closure.
- Regional VPs will decide on one-offs, as in Detroit.
- There is a potential savings of $140,000 on the MRP for Low Volume Restaurants.

Comments:

- Oakland is working on a plan with the Regional VP to help with rent and other aspects of operation in the Inner City. The Detroit Plan is the model.
- Florida is planning to make used equipment available to other operators.

The Chairman remembered those who have passed away since the 1st Quarter Board meeting: John Rice, Owner/Operator in Pittsburgh; Lucile Jones, mother of Arminda Grissett; and Richard Hall, late husband of LaTéssa Hall, our meeting planner. The closed session ended at 10:15 a.m. with an invocation by Co-Chaplain John Tillman, Jr.

**Call to Order/Roll Call – Floyd Sims | Secretary/Treasurer**

**Members Present:** Roland Parrish, Lanny Sumpter, Tanya Hill-Holliday, Ron Lofton, Adrian Smith, Ernie Adair, Fran Jones, Larry Tripplett, Craig Welburn, Floyd Sims, Louis Henry, Jr., Mark Bynum, Anthony Ewell, Anthony Greenwood, Anthony Grissett, Brian Hairston, John Hurt, Cliff Johnson, Jr., Ralph King, Keith Lollis, Johnnie Marks, Rita Mack, Ron Moten, Marc O'Ferrall, James Smith, Wayne Stingley, Freda Thornton, John Tillman, Jr., Monique Vann-Brown, Kiana Webb, and Ken Youngblood.

**Absent:** Reggie Webb, Marty Gillis, Clint Gulley, II; Denise Bentham, Larry Brown, Reggie Jones, Eric Moore, Michele Rice, Derrick Taylor, Frank Ward, Herb Washington, Carl Wiseman, and Aneka Young.

Chairman Roland Parrish opened the session and welcomed guests from McDonald's USA: Debbie Roberts, President, East Zone; Steve Kerley, VP-GM, Philadelphia Region; Jorge Salvat, QSCVP, Philadelphia Region; Bill Lowery, Sr. Director, Franchise Relations; and Cody Teets, VP, Franchise Relations. Philadelphia BMOA members were also recognized.

Chairman Parrish highlighted the following for the guests:

- The four strategic pillars:
  - o Eligibility for Growth – tracked since 2006, progressed from 44% ineligible down to average 10-12%.
  - o Wealth Building – strategies for gaining and maintaining wealth through generations.
  - o Fair Share – advocating for the African American franchisee, employee, supplier and consumer; communicating our story; obtaining stores outside predominantly African American neighborhoods.
  - o Restaurant Growth – Franchise Review Process, Dire Needs, Urban Revitalization, EOTF, and reconnecting with the African American consumer. "As the African American consumer goes, so goes McDonald's." Historically, (especially 2003-2011), the African American consumer leads, providing

- Security Costs:
  - Karen King, responding to a letter from Louis Henry, is putting together a committee to examine costs. The economic model must take into account high costs in urban areas.
- New Organizational Structure:
  - Going from family to team – we believe there needs to be a balance between the two.
  - Steve Easterbrook is coming to spend time with us at our Symposium and speak with operators and suppliers on these topics.

**Lanny Sumpter | NBMOA Vice Chair**

- The Golf & Spa Getaway will be held in St. Croix; efforts are underway to return it to the mainland.
- The Associate Member guidelines have been compiled; members are asked to provide contact information for retired members to invite them to the Symposium.
- Free Style Beverage strategy: this is deemed too expensive to pursue as a strategy.
- The Voice Program: The Sumpter organization was running last in the business unit of 6 operators, at 58%, however he put together a program that raised him to #2 in the CoOp, and #1 in the unit at 71%. After sharing with other operators, they have also had great success. Please contact him if interested.
- He has completed all of his MRP's with side-by-side. They are "Signature Crafted." Please contact him if interested in acquiring used equipment; e.g., UHC's, etc.

Chairman Parrish commented:

- Attention is due to the African American consumers who provide 20% of sales, while representing 12% of the population, yet receives only 8-9% of the OPNAD Budget.
- Regarding formulas: the original model was 8.5% rent; however, when special venues were added, e.g., airports, zoos, etc., the model had to change. We are saying that the cost structure is different in the inner city, i.e., high security costs, the economic formula should take this into account.

**Northeast Zone Reports –** Tanya Hill-Holliday | President, NBMOA Northeast Zone

- Ralph Crawford is celebrating 40 years with McDonald's.
- The BMOA members own an average of 6 stores compared to the GM average of 5.8.
- Six stores and two travel venues have been acquired from McOpCo in the Zone.
- The number of operators who were in dire need has been reduced 73% since 1st Quarter 2015; from 11 to 3.
- Freda Thornton reported for BWR, Boston and Pittsburgh. 8 restaurants went to Boston operators.
- Monique Vann-Brown reported on the Detroit Plan implemented when the NBMOA leadership came.
  - Two operators retired, one is selling, and another is downsizing. Deborah Virgiles passed away and her daughter, Dominique, is being assisted to enter the NextGen Program and acquire her two restaurants.
- Joni Thrower and Alyssa Moten are in the Next Gen Program; there is one registered applicant.
- Craig Welburn shared that Management costs are counted in with Labor costs by McDonald's.
- Brian Hairston reported on retiring operators in the New York Metro Region. In May, they had the Audra Day Essence Cup program in-store with the media, and the Annual Gospel Fest with 16,000 attendees. African American Future Achievers Scholarships were awarded on June 2; 7 students will receive $4,000/ year for 4 years, and the Lee Dunham Memorial Scholarship winner will receive $15,000/year for 4 years. Two awardees were accepted into Ivy League schools. The region received the Education Award from the Positive Community Magazine for their contribution of scholarships in the community. The NYM 22nd Annual White Party Gala will honor legacy operators.
- Ken Youngblood reported that Philadelphia benefitted from All Day Breakfast and marketing initiatives. Six owners operate 27 stores, and he has acquired two stores in Delaware. The Gospel Fest raised $15,000.
- Freda Thornton reported that there are efforts to bring more NBMOA operators into Pittsburgh.

Chairman Parrish commented:

- The African American population is 40%, but the AACM budget is 6 - 7%.

**Debbie Roberts | President, East Zone, McDonald's USA, LLC**

- Accompanied Tanya Hill-Holliday to visit Philly restaurants; John & Danielle Dawkins, Anna Ford-Keels; and Ken Youngblood's in Delaware

- Became acquainted with the situations and dangers operators face on a daily basis
- The staff demonstrated professional behavior in tough situations
- In Detroit she visited restaurants in the Moten & Thrower organizations, and learned what was needed
- Growth has slowed overall, but Boston, NYM, NW, Ohio & Rocky Mountain have sustained growth.
- Our 2016 Plan has four key areas: food, experience, value and brand to help reach Vision 2020.
- Growing top line sales means growing guest counts, fixing gaps and being together; focused.
- Grow cash flow by growing guest count. When guest count is low, commodities cost less, but the business will not grow if this continues.
- All Day Breakfast and McPick 2 are positions of strength, Gold Standard execution, better-running restaurants; service experience in Drive-Thru is improving.
- AACM performance must improve; simplification of the menu and in other areas, and growing cash flow through the increase of guest count and being mindful of price.
- AACM performance: Northwest, Boston, Great Southern and Atlanta Regions are strongest in market share.
- Monopoly under performs in AACM restaurants. The launch of new products, i.e., mighty wings in Atlanta, Bacon Clubhouse, Buttermilk Chicken and All Day Breakfast gave the best performance.
- Marketing strategies must address economic fluctuations in the AACM, which takes longer to rebound after recession.
- Loss of the Dollar Menu having inconsistent, unpredictable value hurt the AACM.
- The marketplace is aggressive national marketing is competing with our local advertising.
- CSD is producing a greater drag in the AACM as markets come off dollar beverages.
- Without the Dollar Menu, the AACM consumer lost the ability to recreate meals. Choosing which items to put in the McPick2 is helping bring them back, especially Nuggets.
- The regions are being educated about the importance of going after this consumer; to be sure we have AACM-relevant creative and media strategy.
- Reconnecting with the community is a critical component of our collective effort.

**Steve Kerley | VP-GM, Philadelphia Region, McDonald's USA, LLC**

- Philly is the 6th largest city in the U.S. and home of the first Ronald McDonald House, est. 1976.
- It is a major market, incorporates half of Penn., NJ and Delaware, and part of NY. The AACM population is 21%.
- 7% of the 104 operator organizations (535 stores) are African American owned.
- The region has the most pioneer operators (40+ years), and is the 6th oldest with 8 RMHCs.
- A new beverage tax could affect restaurants by up to $46k per year.
- Ken Youngblood was awarded two stores in Delaware.
- In the past five years, $1.5m has been spent to strengthen the PBMOA in special deals, financial assistance, TRAs and rent restructures.
- We have 3 priorities: 1) growing guest count: sales, cash flow, and income; 2) changing the reputation of the brand, modernizing, and community outreach; and 3) have the best support, i.e., owner/operators, staff, and suppliers.
- We need more African American Owner/Operators; we support the PBMOA and communicate frequently.

**Q:** Chairman Parrish asked if the marketing budget for AACM could be increased.
**A:** There is an incremental increase of $750k that went to help with the local creative.

**Diversity Update – Pat Harris | Global Chief Diversity Officer, McDonald's Corporation**

- Conversations have been held with Mason Smoot and David Fairhurst, EVP, Chief People Officer, who will oversee four departments: HR, Training, Learning & Development; RMHC, and Diversity.
- Mr. Fairhurst is from the United Kingdom, and is very open to learning about diversity in the U.S.

**H Walker | Director, Global Inclusion & Community Engagement, McDonald's Corporation**

- What is diversity for McDonald's? 1) Moving from awareness to action; 2) Seeing differences as strengths 3) Valuing and respecting both crew and customers in every community.
- Recognize the three legs of the stool; develop services, especially educational, that will serve each leg.
- To create "feel good moments" for the customer, we must first create them for the crew.

- Crew members as well as suppliers must feel valued.
- Regional summits and Mac 2 are new. Five teams will feed information to African Americans within the company, down into the regions. An officer will sponsor each one:
  - Communications & Chapter Relations
  - Digital & Social Media
  - Customer Experience
  - People Education & Development
  - Community Engagement
- A training program and presentation were developed to help media agencies be more culturally competent
- McDonald's has more African American VPs, SVPs, and EVPs than any other company.
- Brought together top men of color who are Diversity Officers in the U.S. to have a conversation with McDonald's on the current state of African American men and boys.

**<u>Cristina Alfaro | Director, Global Inclusion & Community Engagement, McDonald's Corporation</u>**

- External Diversity Partnerships; services and relationships with African American organizations:
  - Transactional; i.e., financial support
  - Transitional, supporting each other's events and initiatives
  - Transformational; i.e., impacting the community
- Focus on education; matching employee donations
- McDonald's is a founding donor of the Smithsonian Museum of African American History & Culture in D.C.
- They recommend how corporate dollars should be spent. Corporate works with the Red Cross to provide disaster relief internationally, as well as tragedies, such as in Charleston last year, when funds were given directly to the families, $10k to each, through the NAACP.
- Cultivate relationships to advance mutual goals, gain brand advocacy, building brand reputation activities;
- Assess brand risks by participating in strategic alignment meetings
- One-on-one relationships with key members informs us of the community's issues
- Leverage external expertise of others for culturally relevant professional development
- Partner organizations include those that promote education, professional development and civil rights that are culturally relevant:
  - Push/Excel – annual HCBU Tour; involve local owner/operators
  - NAACP – supporting the youth & college activities, the Roy Wilkins Luncheon at their annual convention, highlighting our support of "Archways to Opportunity," our youth hiring program and community outreach.
  - AACM provided funding to the NAACP's nationwide ACT-SO Program (Afro-Academic, Cultural, Technological & Scientific Olympics that was used to create a pilot program for Hospitality Management
  - National Urban League – inclusion in their jobs website, sponsoring the workforce development track at the convention.
  - Women's Food Service Forum, National Black MBA, 100 Black Men, & The Executive Leadership Council
- Will assist any Owner/Operator with participation in any of their conferences upon request

  **Q:** Will the new Diversity Officer, from the UK, understand race relations in the U.S.? **A:** David Fairhurst has more experience with gender diversity than race relations, but he wants to learn. I will invite him to Jamaica. Steve Easterbrook is also meeting with Rev. Jackson, minority groups and is committed to diversity.

  **Q:** Is diversity being addressed at the local and regional level? **A:** There are few African Americans in the field now, and there may be even fewer at this time, but we plan to refocus on this issue at various levels. In Philadelphia, 27% of the staff is African American. We are going out to the regions and focusing on diversity in professional development. There must be diversity among management, directors & officers. A pilot program, "LAMP" was brought into the regions; 4 out of 6 participants were African American.

  **Q:** In Michigan, we need employees to see African American field service managers, consultants and supervisors so they will have role models and positions to aspire to.

  **Q:** If we outsource many functions, what opportunity for advancement will we have to offer? Where will our next group of senior officers come from? **A:** We have been looking for individuals from within to promote. The senior African American officers recently met to consult on how to mentor lower ranking staff members. With the move to downtown Chicago, the public eye will be on us regarding diversity.

  **Q:** Is the company doing anything in the field on training consultants in cultural sensitivity?

**A:** 85% of all complaints are from diversity customers who did not feel welcome. Managers do not currently have the cultural competence to coach crew, correct behavior, elevate self-worth. There is a program called RAVE (**R**espect **A**nd **V**alue **E**veryone), a 30-minute module being tested for crew. There are targeted programs for Hispanic women. **A:** The Intracultural Learning Lab is about assigning your expectation to my behavior. How I express myself may be very different from the way others interpret what I mean. Be aware that the way you see yourself and how the world sees you are two different things.

**Ron Lofton | Central Zone President, NBMOA**

- Chicago partnered with Sec. of State Jesse White for a Trunk Show, giving laptops and supplies to 550 college-bound students. The BMOA also supports a youth development and mentoring program with "A Ray of Hope" Charities, including week-long football camps for boys & girls to teach negotiation skills vs. fighting.
- Heartland has improved the cash flow gap; Jimmie Williams and the Savages have acquired more stores.
- Indianapolis: Eric Moore was named the #1 PAC P&L. Ira Salls is set to acquire more stores. Frank Ward is opening a $5m store this week. The BMOA joined with the "Convoy of Hope" to feed 100,000 people and work with the homeless get integrated back into society.
- Midwest BMOA is working with Karen King on a developing a security plan for urban locations. Your lease with McDonald's might include security.
- Rocky Mountain raised $250K in 3 categories of scholarships: 50 Hispanic, 30 Black, 20 all others (including 4 Black), an academic program, including 30 "Future Achievers" scholarships; Eli Asfaw (NextGen) is training with F. Ron Smith to become an Owner/Operator in Las Vegas.

**Michelle Ebanks, President | Essence Communications**

- The success of Essence is the coming together of our culture, business and government in order to serve our community.
- We have 3 priorities between now and 2020, our 50th anniversary: to strengthen our media platform, to leverage that platform tangibly in the lives of our consumers, and to expand our audience globally.
- The advertising trade journal, AdAge, added Essence to the "A" list in the publishing industry as #3.
- Magazines deliver the highest ROI to advertisers, reaching 7 million consumers. We have the largest African American digital community of any media company (after Google, Facebook and Yahoo! Portals).
- We have tripled our team, and post 50-60 stories per day.
- We have daily, serial, and docuseries videos, which are key to our expansion and media platform. "Black Girl Magic" is a series of 6 stories told through the lens of 6 filmmakers. Wal-Mart has partnered with us in this.
- A docuseries, "The Essence of America" will launch in October, focusing on one topic monthly for one year.
- "Essence Live" is a weekly show. "Essence Beauty Box" offers products and services aimed at Black women.
- Black women launch businesses at six times the rate of women overall, but they also fail faster. "Leap, Run, Grow" is our initiative to help entrepreneurs thrive, leveraging our platform of 20m (13m digital) readers.
- Nov. 8-13 we will host a "sister" Essence Festival in Durban, South Africa, a sister city to New Orleans.
- Essence is part of Time, Inc., but operates journalistically independently.
- Rita Mack expressed appreciation for Essence becoming the home of the 365Black Awards.
- Chairman Parrish likened "365Black Awards" to the Hispanic "World Cup," In terms of marketing. The NBMOA has many resources to assist Essence with its "Leap, Run, Grow" initiative, and use our booth at the Festival to leverage our visibility with the 500,000 African American females it reaches.

Chairman Parrish entertained three motions:

- Freda Thornton moved to accept the first quarter 2016 minutes as presented; Wayne Stingley seconded the motion, and it passed unanimously.
- Ron Lofton moved to accept the fourth quarter 2015 minutes as presented; Tanya Hill-Holliday seconded the motion, and it passed unanimously.
- Adrian Smith presented a motion to accept the Treasurer's Report. Kiana Webb seconded the motion, and it passed unanimously.

A small group led by Chairman Parrish will visit Ken Youngblood's new restaurants in Delaware. The benediction was given by John A. Dawkins.

**Friday, June 24, 2016**

**Secretary/Treasurer Floyd Sims** conducted the roll call. **Present:** Roland Parrish, Lanny Sumpter, Tanya Hill-Holliday, Ron Lofton, Adrian Smith, Rita Mack, Ernie Adair, Fran Jones, Craig Welburn, Marty Gillis, Clint Gulley, II; Denise Bentham, Larry Brown, Mark Bynum, Anthony Ewell, Anthony Greenwood, Brian Hairston, Louis Henry, Jr., John Hurt, Keith Lollis, Johnnie Marks, Ron Moten, James Smith, Wayne Stingley, Freda Thornton, John Tillman, Jr., Monique Vann-Brown, Marty Washington, Kiana Webb, and Ken Youngblood. **Absent:** Anthony Grissett, Larry Tripplett, Reggie Webb, Cliff Johnson, II; Reggie Jones, Ralph King, Eric Moore, Michele Rice, Derrick Taylor, Frank Ward, Herb Washington, Carl Wiseman, Aneka Young, and Marc O'Ferrall.

Chairman Roland Parrish gave closing remarks:

- Our bottom line is helping people. Larry Tripplett won the 365Black Award this year for this reason.
- Let us make an all-out push to get the AACM budget approved; line up strategically what needs to be done.
- Lime Green Moroch is creatively on point.
- We will have a seminar in Jamaica to help survivors of Owner/Operators have passed away.
- Philadelphia Regional management is expected to meet with local members individually, and present a franchising plan, with a follow-up in 60-90 days.
- It is a good idea for Regional leadership to sit in on our local reports.

**Q:** Where do we stand with the Corporation on BFL's? **A:** Franchising and GM's would have to decide to do whatever is possible to make things work if a person is short on cash. However, the person has to be able to exercise the BFL in one year. **Q:** Future NextGens are not being looked at outside of being children of their parents. **A:** I would like to see us hold the 4th NextGen Summit in Indianapolis prior to the 4th Quarter Board Meeting to focus on these issues. **Q:** Could we survey the members regarding the workshops to be held during the Symposium? **A:** Yes, the Convention Committee will do that. **Q:** Can Dominique Virgiles obtain her late mother's restaurants? **A:** Yes, she is being assisted by Franchising.

**Meetings & Conventions Update**

Adrian Smith reported on behalf of the VP of Meetings & Conventions, Clint Gulley, II:

- Members are encouraged to register quickly so that our room commitment and banquet orders can be adjusted accordingly and avoid unnecessary expense to the NBMOA.
- Help us contact retired former members who may wish to become Associate Members and attend the Symposium.
- The 4th Quarter Board meeting will be held December 1-2 in Indianapolis.

**Discussion:** The NBMOA incurs charges when members fail to attend a Board meeting they have registered for. There is attrition when rooms are not occupied, and there is the cost of food when fewer people attend with little or no advance notice. **Motion:** Ernie Adair presented a motion to inform all members that they will be expected to pay for hotel reservations when they do not cancel in sufficient time prior to the meeting. The motion was seconded by Adrian Smith, and passed unanimously.

**Q:** What is Associate Membership? Is there a fee? Will they be able to participate in the Symposium sessions?
**A:** They will be able to attend all meetings except the Board's business meeting. Their membership fee is $275/year.

**Kiana Webb | Southern California Board Representative**

- Standing in for Anthony Grissett, West Zone President, due to the passing of his mother-in-law, Kiana commended him for his leadership through good communication and his support of NextGens. He has focused on:
  - Spotlighting and energizing the Brand
  - Focusing on the Gap
  - Supporting and engaging the Next Generation of leaders
  - Demonstrating the value of diversity
- Greater Southwest reported Jessica Johnson is the first Black NextGen in the Region to be approved.
- In Oklahoma, Terri (Mrs. Micheal) Gentry will soon finish the spousal program.
- In Dallas, Junior Mac and Grand Mac tests have been conducted and boosted sales of the Big Mac. As a result, OPNAD is going to make it a national promotion first quarter 2017. The "Lone Star Stack," a.k.a. the "Texas

Burger," created by a customer on our website who won $5,000 for his creation. It will be rolled out at a Wolfgang Puck restaurant next week.

- Stephanie Oliver spoke on behalf of Denise Bentham. Houston awarded 25 students $2,000 scholarships plus a Kindle Fire for each one. Chairman Parrish was the guest speaker, and everyone present received a button with Carroll Oliver's photo. February 16 was declared "Carroll Oliver Day" in Houston by the Mayor and City Council. Dave Moss organized a hiring summit four Saturdays in May & June, resulting in 560 new McDonald's employees in the community. Other companies and services also participated to help all applicants succeed, and a great deal of publicity was received free. The quality of the applicants was impressive.
- Houston has four NextGen in the program begun by the QSCVP and led by Joseph Moss.
- Stephanie Oliver is in the process of acquiring her father's restaurant.
- Northwest had a rent review, resulting with a reduction and an MRP commitment with 50% participation by Corporate. One store will be closed and $200k will be allocated to help inner city Portland stores. The corporation will also assist in relocating the Alaska operator.
- There will be impact funds for Seattle stores. McOpCo stores will not be sold until 2018.
- Janelle Bynum is the Democratic nominee for State Representative in Oregon.
- In Pacific Sierra, Larry Tripplett is being honored with the 365Black Award. At their Stone Soul Fest during the Memorial Day weekend, $5,000 was provided to AACM for scholarship
- Oakland's increase in the minimum wage, 72 hrs. of sick leave, and legal fees have impacted the bottom line 4-6% and the cash flow gap.
- A Plan was presented to assist operators which has resulted in rent reductions, operating capital, MRP 2.0 with contributions from corporate.
- Nicole Enearu has increased to seven stores, and is running for ROC Chair. Deirdra Bailey has also purchased her second store from her parents.
- Kyle Webb has earned his MBA from USC, and is running for a position on the Co-Op Board.

**Adrian Smith | South Zone President**

- John Hurt is AACM Chair of the GAMOA Co-Op, the largest in Greater Atlanta, and opened a new store.
- David & Vicky Chancellor are Golden Arch Award winners; Muriel Powell is running for ROC Chair.
- Atlanta BMOA gave $7500 in scholarships and each operator gave away 160 book bags to students
- Florida operators are making available equipment no longer in use; shipping paid by the purchaser.
- In the Great Southern Region, NextGen Jade Colin has been approved. Johnnie Marks is Vice Chair of the RLC.
- Louis Anderson has retired. Chris Bardell gives quarterly reports to each member for review.
- Raleigh raised $30k for the Winston-Salem RMHC, serving mostly African Americans
- The 11th William Pretty Golf Classic will be held August 22. Nearly $250k has been raised for Shaw University.
- Adrian Smith bought 3 McOpCos and 2 Wal-Mart restaurants. Gaffney Gunter sold 9 of his 10 restaurants to his son.

**Bill Lowery | Franchise Relations Director, McDonalds USA, LLC**

- 5 African American Owner/Operators and 25 GM operators have left the system.
- African American cash flow has kept pace with the GM cash flow, in terms of percentage of sales.

**Louis Henry, Jr. | VP, Government Relations**

- As a diversity group, we ask a lot, and need to participate in the PAC. Forms will be emailed to all members.
- PAC contributions must be made from personal funds.

**Don Williams | Director, Global Government Relations & Public Affairs, McDonald's USA, LLC**

- A resolution has been introduced in the Senate to block the Dept. of Labor's new Overtime Rule, set to take effect on December 1st. The Rule guarantees time and a half to all salaried employees who earns less than $47,476/year and works more than 40 hrs. per week – about double the current standard. It automatically updates the salary threshold every 3 years tying it to the 40th percentile of a salaried employee. On 1/1/2020 the salary threshold would increase to $51k/yr. This new rule would affect several industries.
- $220k has been raised, exceeding the PAC goal. All PAC members have the right to request support for their preferred candidate.

- Philadelphia has passed a distribution fee for sweetened beverages, $.015 per ounce of syrup delivered. This could cause consumers to purchase their sodas outside the city.
- Various cities are passing laws to provide paid sick leave and paid vacation days.

**Anthony Greenwood | SET Representative**

- Under MRP 2.0 there are still 3 categories, a) you pay 100%; b) 40/60 with a 10% LHI premium return to your credit, plus .25% for 10 yrs.; c) for 1- to 3-store operators with volume <$2m, the .25% is waived. The total output would then be $183k for the MRP, without the side-by-side.
- The NLC's National Beverage Strategy Team has a $45m surplus (aimed at driving the McCabe Brand) that will allow them to return $3200 per store to the operators, to be credited as a rebate upon the purchase of a new coffee machine. The two-year warrantee, in essence, returns $4k, making the total cost about $3k. There may be a promotion for these machines, which considerably increase efficiency.

**Mark Bynum | Technology**

- SP8 will come out in the 2nd quarter of 2017. It will not support S3 servers. There is a technology reinvestment tool that the OTP knows about, and will tell you what equipment is obsolete and will need to be replaced within the next 18-36 months.
- The same is true for PAN930 and PAR-VIGO Registers. Across the system, this means replacing 25k registers and 4500 servers in 2017.
- Alternatively, annual leasing of the equipment would provide replacement of equipment whenever needed.
- As of July 1, the Help Desk contract will be to $175 for 1-7 and $200 for 8 or more calls per month.
- For restaurant, cash will have no more daily closes; no more input of zeros in place of data.
- eTimekeeping will allow you to have new and shared employees on the time clock immediately if you have a Smart Clock ($1500-$2400).
- Mobil Ordering will begin testing next year.
- $37k of insurance claims have been submitted so far for EMV chargebacks. Go to mcdorma.org to submit any claims.
- The new VeriPhone will start testing in high-end markets in October: NY, Florida, SoCal, and Pac Sierra because they represent 50% of the fraud in the system.
- A new network contract will take effect by September that may give stores higher connectivity.
- Operators with indoor digital menu boards average a 1.37% increase in sales.

Chairman Parrish suggested a conference call with NLC Vice Chair to answer questions regarding technology.

John Dawkins offered the benediction.