**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RALPH KING, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No.: 1:20-cv-05132<br><br>Hon. Judge Steven C. Seeger |

**JOINT STATUS REPORT PURSUANT TO JANUARY 11, 2023 MINUTE ENTRY**

Plaintiffs and Defendants McDonald's USA, LLC and McDonald's Corporation (collectively, "Defendants" or "McDonald's," together with Plaintiffs, the "Parties"), through their respective counsel, and pursuant to the Court's January 11, 2023 Minute Entry (Dckt. No. [87]), have exchanged spreadsheets and jointly submit the following status report:

1.     On January 27, 2023, counsel for Plaintiffs served a user-friendly, Excel spreadsheet on counsel for Defendants that identifies the year "when each particular Plaintiff *left* the McDonald's franchise system," as directed by the Court (Dckt. No. [87]) (emphasis added), to the best of each individual Plaintiff's knowledge, recollection, and individual documentation.[1] (See Plaintiffs' Spreadsheet, attached hereto as **Exhibit A**.)

---

[1] Discovery has been stayed in this action since January 21, 2021. (*See* Minute Entry (Dckt. No. [45]).) As such, Plaintiffs have not had the opportunity to seek discovery of McDonald's "documented" entry and exit dates. Absent discovery, Plaintiffs are unable to resolve disputed exit dates for certain Plaintiffs, including Kenneth Nelson, Michele Hoskins, Paul Hoskins, George Jones, and Jane Jones. Plaintiffs are likewise unable to uncover facts in support of their allegations of equitable tolling and fraudulent concealment, which Plaintiffs claim are relevant to any potential statute of limitations affirmative defense. Plaintiffs' counsel has gathered and reviewed individual

2.      On February 17, 2023, counsel for McDonald's served a spreadsheet (1) listing Plaintiffs' exit dates, as set forth by Plaintiffs in **Exhibit A**, (2) identifying the day, month, and year that each Plaintiff entered and exited the McDonald's system based on McDonald's documentation, and (3) flagging, by Plaintiff, the claims that appear to be time-barred, limited to 1 year or less, or limited to 2 years or less. (*See* Defendants' Spreadsheet, attached hereto as **Exhibit B**.)

3.      The Parties disagree over whether the dates provided in the spreadsheets attached hereto are dispositive of any statute of limitations issues and whether such issues are ripe for resolution at the motion to dismiss stage prior to discovery.

4.      Other than the exchange of their respective spreadsheets, the Parties have not engaged in any substantive discussions regarding the statute of limitations issues presented by the claims asserted by Plaintiffs.

5.      The Parties are willing to provide any other information the Court would find helpful and follow any further instructions from the Court regarding the statute of limitations project.

---

client documents to endeavor to meet the specific pleading requirements outlined in the Court's Sept. 28, 2022 Telephonic Hearing, including verifying "the date when each particular Plaintiff *left* the McDonald's franchise system." (Dckt. No. [87] (emphasis added).) Plaintiffs object to the inclusion of entry dates in Exhibit B because the Court's January 11, 2023 Minute Entry directs the Parties to "identify, with specificity, the date when each particular Plaintiff *left* [not entered] the McDonald's franchise system." Defendants maintain that the Court instructed the Parties to "pin down the facts to figure out what claims are likely untimely" (*id.*) and, therefore, provided dates of entry to the McDonald's System as Defendants believe they are relevant to that analysis.

Dated: February 24, 2023

*/s/ James L. Ferraro*

James L. Ferraro
Daryl D. Parks
Natalia M. Salas
Angelica L. Novick
THE FERRARO LAW FIRM, P.A.
Brickell World Plaza
600 Brickell Avenue, 38th Floor
Miami, Florida 33131
Telephone: (305) 375-0111
Facsimile: (305) 379-6222
jferraro@ferrarolaw.com
dparks@ferrarolaw.com
nsalas@ferrarolaw.com
anovick@ferrarolaw.com

William R. Fahey, Esq.
COONEY & CONWAY, PC
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Telephone: (312) 236-6166
bfahey@cooneyconway.com

*Counsel for Plaintiffs*

Respectfully submitted,

*s/ Patricia Brown Holmes*

Patricia Brown Holmes
Amy Curtner Andrews
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
pholmes@rshc-law.com
aandrews@rhsc-law.com

Ariel Schepers Wilson
RILEY SAFER HOLMES & CANCILA LLP
121 W. Washington Street, Suite 402
Ann Arbor, Michigan 48104
(734) 773-4900
awilson@rshc-law.com

Loretta E. Lynch (*pro hac vice*)
Susanna M. Buergel (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(202) 373-3000
lelynch@paulweiss.com
sbuergel@paulweiss.com

*Counsel for Defendants*