# EXHIBIT A

King, et. al. v. McDonald's, et al.
Case No. 1:20-cv-05132

## King Plaintiffs' Supplemental
## McDonald's Franchise System Exit Date Chart

| | Name of Owner/Operator | Exit Date | Date in Dispute? Y/N | Defendants' Exit Dates (per Dkt. No. 90-2) |
|---|---|---|---|---|
| 1 | Anderson, Lewis | January 20, 2016 | N | January 20, 2016 |
| 2 | Bruce, Victor | December 28, 2016 | N | December 29, 2016 |
| 3 | Douglas, Philip | January 22, 2014 | N | January 23, 2014 |
| 4 | Ferrell, Hayes | April 8, 2016 | N | April 20, 2017 |
| 5 | Gipson, Bonnie | February 28, 2017 | N | March 1, 2017 |
| 6 | Gipson, George | February 28, 2017 | N | March 1, 2017 |
| 7 | Gunter, Lisa (f/k/a Lisa McKenzie) | October 31, 2018 | N | November 1, 2018 |
| 8 | Hobley, Faye | April 5, 2018 | N | December 1, 2018 |
| 9 | Holloway, Gloria | April 30, 2017 | N | May 1, 2017 |
| 10 | Holloway, Keristin (Kurt) | April 30, 2017 | N | May 1, 2017 |
| 11 | Hoskins, Michele | December 1, 2018 | Y | May 1, 2016 |
| 12 | Hoskins, Paul | December 1, 2018 | Y | May 1, 2016 |
| 13 | Jones, George | December 15, 2019 | Y | December 1, 2018 |
| 14 | Jones, Jane | December 15, 2019 | Y | December 1, 2018 |
| 15 | King, Ralph | September 30, 2019 | N | October 1, 2019 |

King, et. al. v. McDonald's, et al.
Case No. 1:20-cv-05132

**King Plaintiffs' Supplemental**
**McDonald's Franchise System Exit Date Chart**

| | **Name of Owner/Operator** | **Exit Date** | **Date in Dispute? Y/N** | **Defendants' Exit Dates (per Dkt. No. 90-2)** |
|---|---|---|---|---|
| 16 | Knox, Yvonne | June 1, 2016 | N | June 1, 2016 |
| 17 | LaMonika Jones, as Personal Representative of the Estate of Melvin Jones | February 1, 2018 | N | February 1, 2018 |
| 18 | Mance- Roan, Joyce | June 8, 2014 | N | June 8, 2014 |
| 19 | Mason, John | November 21, 2016 | N | November 21, 2016 |
| 20 | Nelson, Kenneth | October 31, 2012 | Y | December 16, 2011 |
| 21 | Roan, Gary | June 8, 2014 | N | June 8, 2014 |
| 22 | Saffold, Bernard | March 31, 2010 | N | June 1, 2013 |
| 23 | Scott, Arthur | April 13, 2017 | N | April 13, 2017 |
| 24 | Service, Errol | March 31, 2020 | N | April 1, 2020 |
| 25 | Simon, Michael | September 18, 2017 | N | September 18, 2017 |
| 26 | Tillman, John | January 31, 2019 | N | February 1, 2019 |
| 27 | Tillman, Marcia | January 31, 2019 | N | February 1, 2019 |
| 28 | Umphries, Darryl | December 1, 2014 | N | December 1, 2014 |
| 29 | Walker Jr., LeRoy | March 15, 2015 | N | March 16, 2015 |
| 30 | White, Barbara | April 4, 2018 | N | April 4, 2018 |

King, et. al. v. McDonald's, et al.
Case No. 1:20-cv-05132

**King Plaintiffs' Supplemental
McDonald's Franchise System Exit Date Chart**

| | Name of Owner/Operator | Exit Date | Date in Dispute? Y/N | Defendants' Exit Dates (per Dkt. No. 90-2) |
|---|---|---|---|---|
| 31 | White, David | April 4, 2018 | N | April 4, 2018 |