# EXHIBIT B



Patricia Brown Holmes
312-471-8745
pholmes@rshc-law.com

March 15, 2023

**<u>Via Electronic Mail</u>**

James L. Ferraro
The Ferraro Law Firm, P.A.
600 Brickell Avenue, Suite 3800
Miami, FL 33131
jlf@ferrarolaw.com

Jon Loevy
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
jon@loevy.com

> **Re:** ***Manning, et al. v. McDonald's USA, LLC, et al.* (Case No. 1:23-cv-00210) & *King, et al. v. McDonald's USA, LLC, et al.* (Case No. 1:20-cv-05132)**

Dear Counsel:

In accordance with Judge Seeger's January 11, 2023 and February 27, 2023 Orders in the above-referenced matters, Defendants hereby provide you with updated spreadsheets setting forth the statute of limitations data requested by the Court (attached as Exhibit A), as well as documentation from McDonald's internal records (attached as Exhibit B) supporting the exit dates provided by Defendants in those spreadsheets.

The enclosed spreadsheets reflect the updated information regarding the dates that the *King* and *Manning* Plaintiffs exited the McDonald's System. Specifically, upon investigating the five exit dates that the *King* Plaintiffs alleged were disputed, Defendants confirmed the exit dates provided by the *King* Plaintiffs. Thus, no dates remain in dispute for the *King* Plaintiffs.

Similarly, upon reviewing the exit dates set forth by the *Manning* Plaintiffs, it appears that the parties agree on exit dates for all but Plaintiff Floyd Sims, and the difference alleged by the parties for Mr. Sims is only off by a little more than a year (May 18, 2018 versus August 2019). While the exit dates alleged by the parties for a handful of the other *Manning* Plaintiffs differ by a small number of months, those differences are minor and do not affect the statute of limitations analyses for the claims alleged by those *Manning* Plaintiffs.

The dates on the updated spreadsheets are supported by the enclosed documentation, which was prepared from McDonald's internal records, and specifically, by running a report in McDonald's Franchise Management System. McDonald's Franchise Management System is an internal, proprietary tool that is used to access various internal databases containing historical information and

March 15, 2023
Page 2

data related to McDonald's USA's current and former franchisees. The report was generated from Franchise Management System at the direction of counsel for Defendants and is designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" pursuant to the parties' Agreed Joint Confidentiality Order for the Statute of Limitations Project.

Defendants are pleased that the parties have reached a consensus on all but one of the Plaintiffs' exit dates and, as directed by the Court in its February 27, 2023 Orders, are prepared to meet-and-confer with Plaintiffs regarding how the *King* and *Manning* cases should be narrowed in light of these findings and Judge Seeger's January 11, 2023 and February 27, 2023 Orders. Please let us know your availability for such discussions.

Sincerely,

***/s/ Patricia Brown Holmes***

Patricia Brown Holmes

# Exhibit A

King, et. al. v. McDonald's, et al.
Case No. 1:20-cv-05132

*King* Plaintiffs

| Name of Owner/Operator | Plaintiffs' Alleged Exit Date | Defendants' Documented Entrance Date | Defendants' Documented Exit Date | Counts I: § 1981<br><br>6/8/16: start of the 4-year SOL period for original Plaintiffs<br>11/16/16: start of the 4-year SOL period for Plaintiffs added in the Amended Complaint<br>6/8/18: start of the 2-year SOL period for the original Plaintiffs<br>11/16/18: start of the 2-year SOL period for Plaintiffs added in the Amended Complaint | Counts II: § 1982<br><br>12/16/20: start of the 2-year SOL period for all Plaintiffs (§ 1982 claims were plead for the first time in the Second Amended Complaints) | Count III: Fraud<br><br>6/8/15: start of the 5-year SOL period for original Plaintiffs<br>11/16/15: start of the 5-year SOL period for Plaintiffs added in the Amended Complaint | Total Claims Barred or Restricted to the Actions Alleged to Have Taken Place During a Limited Time Period |
|---|---|---|---|---|---|---|---|
| Anderson, Lewis | 1/20/2016 | 11/20/2002 | 1/20/2016 | Not alleged | Not alleged | LIMITED TO LESS THAN 1 YEAR (6/8/15-1/20/16) | Limited to less than 1 year:1/1 |
| Bruce, Victor | 12/28/2016 | 11/15/1994 | 12/29/2016 | LIMITED TO LESS THAN 1 YEAR (6/8/16-12/29/16) | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/15-12/29/16) | Barred: 1/3<br>Limited to less than 1 year: 1/3<br>Limited to less than 2 years: 1/3 |
| Douglas, Philip | 1/22/2014 | 4/19/1997 | 1/23/2014 | Not alleged | Not alleged | BARRED | Barred: 1/1 |
| Ferrell, Hayes | 4/8/2016 | 6/19/1989 | 4/20/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-4/20/17) | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/15-4/20/17) | Barred: 1/3<br>Limited to less than 1 year: 1/3<br>Limited to less than 2 years:1/3 |
| Gipson, Bonnie | 2/28/2017 | 11/14/1996 | 3/1/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-3/1/17) | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/15-3/1/17) | Barred: 1/3<br>Limited to less than 1 year: 1/3<br>Limited to less than 2 years: 1/3 |
| Gipson, George | 2/28/2017 | 11/14/1996 | 3/1/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-3/1/17) | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/15-3/1/17) | Barred: 1/3<br>Limited to less than 1 year: 1/3<br>Limited to less than 2 years: 1/3 |
| Gunter, Lisa (f/k/a Lisa McKenzie) | 10/31/2018 | 8/1/2007 | 11/1/2018 | LIMITED TO 2 YEARS (6/8/16-11/1/18) | BARRED | | Barred: 1/3<br>Limited to 2 years:1/3 |
| Hobley, Faye* | 4/5/2018 | 7/1/1994 | 4/5/2018 | LIMITED TO LESS THAN 2 YEARS (11/16/16-4/5/18) | BARRED | | Barred: 1/3<br>Limited to les than 2 years:1/3 |
| Holloway, Gloria* | 4/30/2017 | 4/1/1997 | 5/1/2017 | LIMITED TO LESS THAN 1 YEAR (11/16/16-5/1/17) | BARRED | LIMITED TO LESS THAN 2 YEARS (11/16/15-5/1/17) | Barred: 1/3<br>Limited to less than 1 year:1/3<br>Limited to less than 2 years:1/3 |
| Holloway, Keristin (Kurt)* | 4/30/2017 | 4/1/1997 | 5/1/2017 | LIMITED TO LESS THAN 1 YEAR (11/16/16-5/1/17) | BARRED | LIMITED TO LESS THAN 2 YEARS (11/16/15-5/1/17) | Barred: 1/3<br>Limited to less than 1 year:1/3<br>Limited to less than 2 years:1/3 |
| Hoskins, Michele* | 12/1/2018 | 10/1/1998 | 12/1/2018 | LIMITED TO 2 YEARS (11/16/16-12/1/18) | BARRED | | Barred: 1/3<br>Limited to 2 years:1/3 |
| Hoskins, Paul* | 12/1/2018 | 10/1/1998 | 12/1/2018 | LIMITED TO 2 YEARS (11/16/16-12/1/18) | BARRED | | Barred: 1/3<br>Limited to 2 years:1/3 |
| Jones, George* | 12/15/2019 | 9/1/2004 | 12/17/2019 | | BARRED | | Barred: 1/3 |
| Jones, Jane* | 12/15/2019 | 9/1/2004 | 12/17/2019 | | BARRED | | Barred: 1/3 |
| Jones, LaMonika, as Personal Representative of the Estate of Melvin Jones | 2/1/2018 | 12/31/1998 | 2/1/2018 | LIMITED TO LESS THAN 2 YEARS (6/8/16-2/1/18) | BARRED | | Barred: 1/3<br>Limited to less than 2 years:1/3 |
| King, Ralph | 9/30/2019 | 12/15/1983 | 10/1/2019 | | BARRED | | Barred: 1/3 |
| Knox, Yvonne | 6/1/2016 | 11/1/1981 | 6/1/2016 | Not alleged | Not alleged | LIMITED TO LESS THAN 1 YEAR (6/8/15-6/1/16) | Limited to less than 1 year:1/1 |
| Mance- Roan, Joyce* | 6/8/2014 | 3/31/1990 | 6/8/2014 | Not alleged | Not alleged | BARRED | Barred: 1/1 |

Dated: March 15, 2023

*King, et. al. v. McDonald's, et al.*
Case No. 1:20-cv-05132

**King Plaintiffs**

| Name of Owner/Operator | Plaintiffs' Alleged Exit Date | Defendants' Documented Entrance Date | Defendants' Documented Exit Date | Counts I: § 1981  6/8/16: start of the 4-year SOL period for original Plaintiffs 11/16/16: start of the 4-year SOL period for Plaintiffs added in the Amended Complaint 6/8/18: start of the 2-year SOL period for the original Plaintiffs 11/16/18: start of the 2-year SOL period for Plaintiffs added in the Amended Complaint | Counts II: § 1982  12/16/20: start of the 2-year SOL period for all Plaintiffs (§ 1982 claims were plead for the first time in the Second Amended Complaints) | Count III: Fraud  6/8/15: start of the 5-year SOL period for original Plaintiffs 11/16/15: start of the 5-year SOL period for Plaintiffs added in the Amended Complaint | Total Claims Barred or Restricted to the Actions Alleged to Have Taken Place During a Limited Time Period |
|---|---|---|---|---|---|---|---|
| Mason, John | 11/21/2016 | 3/1/2003 | 11/21/2016 | LIMITED TO LESS THAN 1 YEAR (6/8/16-11/21/16) | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/15-11/21/16) | Barred: 1/3 Limited to less than 1 year: 1/3 Limited to less than 2 years: 1/3 |
| Nelson, Kenneth* | 10/31/2012 | 6/15/1994 | 10/27/2012 | Not alleged | Not alleged | BARRED | Barred: 1/1 |
| Roan, Gary | 6/8/2014 | 3/31/1990 | 6/8/2014 | Not alleged | Not alleged | BARRED | Barred: 1/1 |
| Saffold, Bernard* | 3/31/2010 | 9/28/1990 | 4/1/2010 | Not alleged | Not alleged | BARRED | Barred: 1/1 |
| Scott, Arthur | 4/13/2017 | 11/1/1994 | 4/13/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-4/13/17) | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/15-4/13/17) | Barred: 1/3 Limited to less than 1 year: 1/3 Limited to less than 2 years: 1/3 |
| Service, Errol | 3/31/2020 | 7/29/1994 | 4/1/2020 | | BARRED | | Barred: 1/3 |
| Simon, Michael | 9/18/2017 | 12/3/2013 | 9/18/2017 | LIMITED TO LESS THAN 2 YEARS (6/8/16-9/18/17) | BARRED | LIMITED TO 2 YEARS (6/8/15-9/18/17) | Barred: 1/3 Limited to less than 2 years: 1/3 Limited to 2 years: 1/3 |
| Tillman, John | 1/31/2019 | 2/1/1990 | 2/1/2019 | | BARRED | | Barred: 1/3 |
| Tillman, Marcia | 1/31/2019 | 2/1/1990 | 2/1/2019 | | BARRED | | Barred: 1/3 |
| Umphries, Darryl | 12/1/2014 | 12/1/2002 | 12/1/2014 | Not alleged | Not alleged | BARRED | Barred: 1/1 |
| Walker Jr., LeRoy | 3/15/2015 | 9/1/1984 | 3/16/2015 | Not alleged | Not alleged | BARRED | Barred: 1/1 |
| White, Barbara* | 4/4/2018 | 5/29/2016 | 4/4/2018 | LIMITED TO LESS THAN 2 YEARS (11/16/16-4/4/18) | BARRED | | Barred: 1/3 Limited to 2 years: 1/3 |
| White, David | 4/4/2018 | 5/2/1997 | 4/4/2018 | LIMITED TO LESS THAN 2 YEARS (6/8/16-4/4/18) | BARRED | | Barred: 1/3 Limited to 2 years: 1/3 |

*Plaintiffs added for the first time in the Amended Complaint

DEFENDANTS RESERVE ALL CLAIMS, RIGHTS, AND LEGAL REMEDIES AVAILABLE AT LAW AND APPLICABLE AGREEMENTS , CONTRACTS, AND PROCEDURES. THE INCLUSION OR EXCLUSION OF INFORMATION IN THIS SPREADSHEET, INCLUDING PLAINTIFF NAMES, DATES, AND CLAIMS, DOES NOT OPERATE AS AN ADMISSION THAT ANY PLAINTIFF MAY ASSERT OR MAINTAIN ANY CLAIMS AGAINST DEFENDANTS. DEFENDANTS FURTHER RESERVE THE RIGHT TO AMEND THE INFORMATION IN THIS SPREADSHEET.

Dated: March 15, 2023

*Manning, et. al. v. McDonald's, et al.*
Case No. 1:23-cv-00210

| Name of Owner/Operator | Plaintiffs' Alleged Exit Date | Defendants' Documented Entrance Date | Defendants' Documented Exit Date | Counts I-III: § 1981 6/8/16: start of the 4-year SOL period for original Plaintiffs 11/16/16: start of the 4-year SOL period for Plaintiffs added in the Amended Complaint 6/8/18: start of the 2-year SOL period for the original Plaintiffs 11/16/18: start of the 2-year SOL period for Plaintiffs added in the Amended Complaint | Counts IV-VI: § 1982 12/16/20: start of the 2-year SOL period for all Plaintiffs (§ 1982 claims were pled for the first time in the Second Amended Complaints) | Count VII: Breach of Contract 6/8/10: start of the 10-year SOL period for original Plaintiffs 11/16/10: start of the 10-year SOL period for Plaintiffs added in the Amended Complaint | Count VIII: Fraud 6/8/15: start of the 5-year SOL period for original Plaintiffs 11/16/15: start of the 5-year SOL period for Plaintiffs added in the Amended Complaint | Count IX: Tortious Interference 12/16/17: start of the 5-year SOL period for all Plaintiffs (tortious interference claims were pled for the first time in the Second Amended Complaints) | Count X: Unjust Enrichment December 16, 2017: start of the 5-year SOL period for all Plaintiffs (unjust enrichment claims were pled for the first time in the Second Amended Complaints) | Total Claims Barred or Restricted to the Actions Alleged to Have Taken Place During a Limited Time Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Bonner, Robert* | March 2013 | 9/28/1990 | 6/1/2013 | BARRED | BARRED | | BARRED | BARRED | BARRED | Barred: 9/10 |
| Brown, Larry | January 2017 | 7/15/2000 | 1/6/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-1/6/17) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-1/6/17) | BARRED | BARRED | Barred: 5/10 Limited to less than 1 year: 3/10 Limited to less than 2 years: 1/10 |
| Clark, Benny* | November 2019 | 8/12/1971 | 11/1/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/1/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/1/19) | Barred: 3/10 Limited to less than 2 years: 2/10 |
| Clark, Eleanor* | November 2019 | 8/12/1971 | 11/1/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/1/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/1/19) | Barred: 3/10 Limited to less than 2 years: 2/10 |
| Claypool, Glenda (rep for Sherman Claypool)* | January 2014 | 4/18/2011 | 3/15/2014 | BARRED | BARRED | | BARRED | BARRED | BARRED | Barred: 9/10 |
| Crawford, Christine | March 2018 | 8/26/2005 | 3/1/2018 | LIMITED TO LESS THAN 2 YEARS (6/8/16-3/1/18) | BARRED | | | LIMITED TO LESS THAN 1 YEAR (12/16/17-3/1/18) | LIMITED TO LESS THAN 1 YEAR (12/16/17-3/1/18) | Barred: 3/10 Limited to less than 1 year: 2/10 Limited to less than 2 years: 3/10 |
| Crawford, Delores | March 2018 | 11/1/1987 | 3/1/2018 | LIMITED TO LESS THAN 2 YEARS (6/18/16-3/1/18) | BARRED | | | LIMITED TO LESS THAN 1 YEAR (12/16/17-3/1/18) | LIMITED TO LESS THAN 1 YEAR (12/16/17-3/1/18) | Barred: 3/10 Limited to less than 1 year: 2/10 Limited to less than 2 years: 3/10 |
| Daniel, Juneth | July 2018 | 4/23/2008 | 8/1/2018 | LIMITED TO 2 YEARS (6/8/16-8/1/18) | BARRED | | | LIMITED TO LESS THAN 1 YEAR (12/16/17-8/1/18) | LIMITED TO LESS THAN 1 YEAR (12/16/17-8/1/18) | Barred: 3/10 Limited to 1 year: 2/10 Limited to 2 years: 3/10 |
| Dominque, Yves | March 2017 | 8/1/2008 | 4/1/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-4/1/17) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-4/1/17) | BARRED | BARRED | Barred: 5/10 Limited to 1 year: 3/10 Limited to 2 years: 1/10 |
| Finley, Wise | June 2016 | 1/25/1987 | 6/1/2016 | BARRED | BARRED | | LIMITED TO LESS THAN 1 YEAR (6/8/15-6/1/16) | BARRED | BARRED | Barred: 8/10 Limited to 1 year: 1/10 |
| George, Anthony* | February 2012 | 10/22/1990 | 2/1/2012 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (11/16/2010-2/1/12) | BARRED | BARRED | BARRED | Barred: 9/10 Limited to less than 2 years: 1/10 |
| George, Jacqueline | February 2012 | 11/20/1990 | 2/1/2012 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/2010-2/1/12) | BARRED | BARRED | BARRED | Barred: 9/10 Limited to less than 2 years: 1/10 |
| Hall, Wesley* | September or October 2010 | 10/10/1999 | 5/14/2010 | BARRED | BARRED | BARRED | BARRED | BARRED | BARRED* | Barred: 10/10 |
| Harris, Al* | November 2019 | 6/29/1998 | 11/16/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/16/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/16/19) | Barred: 3/10 Limited to less than 2 years: 2/10 |
| Harris, Kristen* | November 2019 | 6/29/1998 | 11/16/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/16/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-11/16/19) | Barred: 3/10 Limited to less than 2 years: 2/10 |
| Holland, Lawrence | October 2013 | 12/31/2004 | 10/29/2013 | BARRED | BARRED | | BARRED | BARRED | BARRED | Barred: 9/10 |
| Hollis, Douglas* | June 2013 | 3/4/1988 | 6/24/2013 | BARRED | BARRED | | BARRED | BARRED | BARRED* | Barred: 9/10 |
| Hollis, Glenna* | June 2013 | 3/4/1988 | 6/24/2013 | BARRED | BARRED | | BARRED | BARRED | BARRED* | Barred: 9/10 |
| Jakes, Van | January 2016 | 8/19/1992 | 1/4/2016 | BARRED | BARRED | | LIMITED TO LESS THAN 1 YEAR (6/8/2015-1/4/16) | BARRED | BARRED | Barred: 8/10 Limited to 1 year: 1/10 |
| Johnson, Dwanye Richard | March 2012 | 3/8/1993 | 3/7/2012 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/10-3/7/12) | BARRED | BARRED | BARRED | Barred: 9/10 Limited to 2 years: 1/10 |
| Johnson, Laetittia | January 2018 | 12/31/1995 | 1/26/2018 | LIMITED TO LESS THAN 2 YEARS (6/8/16-1/26/18) | BARRED | | | LIMITED TO LESS THAN 1 YEAR (12/16/17-1/26/18) | LIMITED TO LESS THAN 1 YEAR (12/16/17-1/26/18) | Barred: 3/10 Limited to less than 1 year: 2/10 Limited to less than 2 years: 3/10 |
| Lewis, Harold | July 2015 | 2/9/1987 | 5/29/2015 | BARRED | BARRED | | BARRED | BARRED | BARRED | Barred: 9/10 |
| Lewis, Jeremy | July 2015 | 6/24/2008 | 5/29/2015 | BARRED | BARRED | | BARRED | BARRED | BARRED | Barred: 9/10 |
| Manning, Keith | November 2017 | 9/18/1992 | 12/1/2017 | LIMITED TO LESS THAN 2 YEARS (6/8/16-12/1/17) | BARRED | | LIMITED TO 2 YEARS (6/8/15-12/1/17) | BARRED | BARRED | Barred: 5/10 Limited to less than 2 years: 3/10 Limited to 2 years: 1/10 |
| Manning, Ken | February 2017 | 3/30/2001 | 3/1/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-3/1/17) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-3/1/17) | BARRED | BARRED | Barred: 5/10 Limited to less than 1 year: 3/10 Limited to less than 2 years: 1/10 |
| Mbanefo, Joseph | December 2012 | 3/13/1998 | 12/31/2012 | BARRED | BARRED | LIMITED TO 2 YEARS (6/8/2010-12/31/12) | BARRED | BARRED | BARRED | Barred: 9/10 Limited to 2 years: 1/10 |
| McGuire, Lois | June 2016 | 6/1/2000 | 6/20/2016 | LIMITED TO LESS THAN 1 YEAR (6/8/16-6/20/16) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-6/20/16) | BARRED | BARRED | Barred: 5/10 Limited to less than 1 year: 3/10 Limited to less than 2 years: 1/10 |
| McGuire, Mitchell | June 2016 | 6/1/2000 | 6/20/2016 | LIMITED TO LESS THAN 1 YEAR (6/8/16-6/20/16) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-6/20/16) | BARRED | BARRED | Barred: 3/10 Limited to less than 1 year: 3/10 Limited to less than 2 years: 1/10 |
| Miller, Dwight* | March 2019 | 6/30/1997 | 3/13/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-3/13/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-3/13/19) | Barred: 3/10 Limited to less than 2 years: 2/10 |
| Miller, Scott* | March 2019 | 6/30/1997 | 3/13/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-3/13/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-3/13/19) | Barred: 3/10 Limited to less than 2 years: 2/10 |

Dated: March 15, 2023

*Manning, et. al. v. McDonald's, et al.*
Case No. 1:23-cv-00210

| Name of Owner/Operator | Plaintiffs' Alleged Exit Date | Defendants' Documented Entrance Date | Defendants' Documented Exit Date | Counts I-III: § 1981 — 6/8/16: start of the 4-year SOL period for original Plaintiffs; 11/16/16: start of the 4-year SOL period for Plaintiffs added in the Amended Complaint; 6/8/18: start of the 2-year SOL period for the original Plaintiffs; 11/16/18: start of the 2-year SOL period for Plaintiffs added in the Amended Complaint | Counts IV-VI: § 1982 — 12/16/20: start of the 2-year SOL period for all Plaintiffs (§ 1982 claims were pled for the first time in the Second Amended Complaints) | Count VII: Breach of Contract — 6/8/10: start of the 10-year SOL period for original Plaintiffs; 11/16/10: start of the 10-year SOL period for Plaintiffs added in the Amended Complaint | Count VII: Fraud — 6/8/15: start of the 5-year SOL period for original Plaintiffs; 11/16/15: start of the 5-year SOL period for Plaintiffs added in the Amended Complaint | Count IX: Tortious Interference — 12/16/17: start of the 5-year SOL period for all Plaintiffs (tortious interference claims were pled for the first time in the Second Amended Complaints) | Count X: Unjust Enrichment — December 16, 2017: start of the 5-year SOL period for all Plaintiffs (unjust enrichment claims were pled for the first time in the Second Amended Complaints) | Total Claims Barred or Restricted to the Actions Alleged to Have Taken Place During a Limited Time Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Mussenden, Dawn | January 2017 | 8/18/1991 | 1/31/2017 | LIMITED TO LESS THAN 1 YEAR (6/8/16-1/31/17) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-1/31/17) | BARRED | BARRED | Barred: 5/10; Limited to less than 1 year: 3/10; Limited to less than 2 years: 1/10 |
| Rasul, William | June 2010 | 12/10/1999 | 7/24/2010 | BARRED | BARRED | LIMITED TO LESS THAN 1 YEAR (6/8/10-7/24/10) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 1 year: 1/10 |
| Rogers, Jeffrey | May 2011 | 8/1/2005 | 5/1/2011 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/10-7/24/11) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 2 years: 1/10 |
| Salone, Carrie | August 2016 | 2/19/2003 | 8/26/2016 | LIMITED TO LESS THAN 1 YEAR (6/8/16-8/26/16) | BARRED | | LIMITED TO LESS THAN 2 YEARS (6/8/15-8/26/16) | BARRED | BARRED | Barred: 3/10; Limited to less than 1 year: 3/10; Limited to less than 2 years: 1/10 |
| Simmons, Jeremiah | June 2010 | 2/1/1998 | 6/21/2010 | BARRED | BARRED | LIMITED TO LESS THAN 1 YEAR (6/8/10-6/21/10) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 1 year: 1/10 |
| Sims, Floyd | August 2019 | 1/8/2000 | 5/18/2018 | LIMITED TO LESS THAN 2 YEARS (6/8/16-5/18/18) | BARRED | | | LIMITED TO LESS THAN 1 YEAR (12/16/17-5/18/18) | LIMITED TO LESS THAN 1 YEAR (12/16/17-5/18/18) | Barred: 3/10; Limited to less than 1 year: 2/10; Limited to less than 2 years: 3/10 |
| Stafford, Allen | July 2019 | 10/9/1992 | 7/22/2019 | | BARRED | | | LIMITED TO LESS THAN 2 YEARS (12/16/17-7/22/19) | LIMITED TO LESS THAN 2 YEARS (12/16/17-7/22/19) | Barred: 3/10; Limited to less than 2 years: 2/10 |
| Staley, Annis (Alston-Staley) | September 2015 | 6/1/1994 | 9/28/2015 | BARRED | BARRED | | LIMITED TO LESS THAN 1 YEAR (6/8/15-9/28/15) | BARRED | BARRED | Barred: 8/10; Limited to less than 1 year: 1/10 |
| Staley, Harry | September 2015 | 11/22/1996 | 9/28/2015 | BARRED | BARRED | | LIMITED TO LESS THAN 1 YEAR (6/8/15-9/28/15) | BARRED | BARRED | Barred: 8/10; Limited to less than 1 year: 1/10 |
| Tancrede, Karen | November 2011 | 1/13/2004 | 10/31/2011 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/10-10/13/11) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 2 years: 1/10 |
| Tancrede, Serge | November 2011 | 1/13/2004 | 10/31/2011 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/10-10/13/11) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 2 years: 1/10 |
| Thornton, Gordon | April 2011 | 9/30/1993 | 4/17/2012 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/10-4/17/12) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 2 years: 1/10 |
| Thornton, Ronnie | July 2017 | 9/11/1998 | 8/1/2017 | LIMITED TO LESS THAN 2 YEARS (6/8/16-8/1/17) | BARRED | | LIMITED TO 2 YEARS (6/8/15-8/1/17) | BARRED | BARRED | Barred: 5/10; Limited to less than 2 years: 3/10; Limited to 2 years: 1/10 |
| Thybulle, Errol | July 2011 | 4/11/1990 | 7/1/2011 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (6/8/10-7/1/11) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 2 years: 1/10 |
| Washington, William (Pete)* | 2016 | 9/1/2005 | 5/1/2016 | BARRED | BARRED | | LIMITED TO LESS THAN 1 YEAR (11/16/15-9/28/15) | BARRED | BARRED | Barred: 8/10; Limited to less than 1 year: 1/10 |
| Williams, Lance* | March 2013 | 4/1/1987 | 4/1/2013 | BARRED | BARRED | | | BARRED | BARRED | Barred: 9/10 |
| Williams, Norman* | November 2018 | 8/19/1992 | 12/1/2018 | LIMITED TO 2 YEARS (11/16/16-12/1/18) | BARRED | | | LIMITED TO LESS THAN 1 YEAR (12/16/17-12/1/18) | LIMITED TO LESS THAN 1 YEAR (12/16/17-12/1/18) | Barred: 3/10; Limited to less than 1 year: 2/10; Limited to 2 years: 3/10 |
| Wynn, Jacqueline* | December 2011 | 3/4/1988 | 12/16/2011 | BARRED | BARRED | LIMITED TO LESS THAN 2 YEARS (11/16/10-12/16/11) | BARRED | BARRED | BARRED | Barred: 9/10; Limited to less than 2 years: 1/10 |

*Plaintiffs added for the first time in the Amended Complaint

DEFENDANTS RESERVE ALL CLAIMS, RIGHTS, AND LEGAL REMEDIES AVAILABLE AT LAW AND UNDER DEFENDANTS' AGREEMENTS, CONTRACTS, AND PROCEDURES. THE INCLUSION OR EXCLUSION OF INFORMATION IN THIS SPREADSHEET, INCLUDING PLAINTIFF NAMES, DATES, AND CLAIMS, DOES NOT OPERATE AS AN ADMISSION THAT ANY PLAINTIFF MAY ASSERT OR MAINTAIN ANY CLAIMS AGAINST DEFENDANTS. DEFENDANTS FURTHER RESERVE THE RIGHT TO AMEND THE INFORMATION IN THIS SPREADSHEET.

Dated: March 15, 2023

# Exhibit B

| OPER_LAST_NA | OPER_FST_NA | OPER_MID_INIT_NA | OPER_OUT_OF_SYS_DT |
|---|---|---|---|
| ALSTON-STALEY | ANNIS | L | 09/28/2015 |
| ANDERSON | LEWIS | | 1/20/2016 |
| BONNER, JR. | ROBERT | | 06/01/2013 |
| BROWN | LARRY | | 01/06/2017 |
| BRUCE | VICTOR | | 12/29/2016 |
| CLARK | BENNY | F | 11/01/2019 |
| CLARK | ELEANOR | P | 11/01/2019 |
| CLAYPOOL | SHERMAN | | 03/15/2014 |
| CRAWFORD | DELORES | H | 03/01/2018 |
| CRAWFORD | CHRISTINE | R | 03/01/2018 |
| DANIEL | JUNETH NICOLE | | 08/01/2018 |
| DOMINIQUE | YVES | | 04/01/2017 |
| DOUGLAS | PHILLIP | L | 01/23/2014 |
| FERRELL | HAYES | Q | 04/20/2017 |
| FINLEY, JR. | WISE | | 06/01/2016 |
| GEORGE | JACQUELINE | M | 02/01/2012 |
| GEORGE | ANTHONY | L | 02/01/2012 |
| GIPSON | GEORGE | L | 03/01/2017 |
| GIPSON | BONNIE | J | 03/01/2017 |
| MCKENZIE | LISA | | 11/01/2018 |
| HALL | WESLEY | | 05/14/2010 |
| HARRIS | AL | | 11/16/2019 |
| HARRIS | KRISTEN | | 11/16/2019 |
| HOBLEY | FAYE | | 04/05/2018 |
| HOLLAND | LAWRENCE | C | 10/29/2013 |
| HOLLIS | DOUGLAS | L | 06/24/2013 |
| HOLLIS | GLENNA | C | 06/24/2013 |
| HOLLOWAY | GLORIA | | 05/01/2017 |
| HOLLOWAY | KERISTIN | A | 05/01/2017 |
| HOSKINS | PAUL | C | 12/01/2018 |
| HOSKINS | MICHELE | D | 12/01/2018 |
| JAKES | VAN | K | 01/04/2016 |
| JOHNSON | LAETITIA | M | 01/26/2018 |
| JOHNSON | DWAYNE | R | 03/07/2012 |
| JONES | GEORGE | M | 12/17/2019 |
| JONES | JANE | H | 12/17/2019 |
| JONES | MELVIN | L | 02/01/2018 |
| KING | RALPH | L | 10/01/2019 |
| KNOX | YVONNE | L | 06/01/2016 |
| LEWIS | HAROLD | R | 05/29/2015 |
| LEWIS | JEREMY | R | 05/29/2015 |
| MANNING | KEITH | | 12/01/2017 |
| MANNING, SR. | KENNETH | M | 03/01/2017 |
| MASON | JOHN | K | 11/21/2016 |
| MBANEFO | JOSEPH | | 12/31/2012 |
| MCGUIRE | LOIS | | 06/20/2016 |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

| | | | |
|---|---|---|---|
| MCGUIRE, JR | MITCHELL | G | 06/20/2016 |
| MILLER | DWIGHT | A | 03/13/2019 |
| MILLER | SCOTT | | 03/13/2019 |
| MUSSENDEN | DAWN | | 01/31/2017 |
| NELSON | KENNETH | | 10/27/2012 |
| RASUL | WILLIAM | | 07/24/2010 |
| MANCE-ROAN | JOYCE | | 06/08/2014 |
| ROAN | GARY | | 06/08/2014 |
| ROGERS | JEFFERY | | 05/01/2011 |
| SAFFOLD | BERNARD | | 04/01/2010 |
| SALONE | CARRIE | | 08/26/2016 |
| SCOTT | ARTHUR | | 04/13/2017 |
| SERVICE | ERROL | | 04/01/2020 |
| SIMMONS | JEREMIAH | | 06/21/2010 |
| SIMON | MICHAEL | | 09/18/2017 |
| SIMS | FLOYD | D | 05/18/2018 |
| STAFFORD JR. | ALLEN | W | 07/22/2019 |
| STALEY | HARRY | L | 09/28/2015 |
| TANCREDE | KAREN | L | 10/31/2011 |
| TANCREDE | SERGE | | 10/31/2011 |
| THORNTON | GORDON | L | 04/17/2012 |
| THORNTON | RONNIE | A | 08/01/2017 |
| THYBULLE | ERROL | | 07/01/2011 |
| TILLMAN, JR. | JOHN | A | 02/01/2019 |
| TILLMAN | MARCIA | | 02/01/2019 |
| UMPHRIES | DARRYL | | 12/01/2014 |
| WALKER JR. | LEROY | | 03/16/2015 |
| WASHINGTON | WILLIAM | P | 05/01/2016 |
| WHITE | DAVID | E | 04/04/2018 |
| WHITE | BARBARA | D | 04/04/2018 |
| WILLIAMS | NORMAN | H | 12/01/2018 |
| WILLIAMS | LANCE | C | 04/01/2013 |
| WYNN | JACQUELYN | | 12/16/2011 |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**