UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christine Crawford, et al.
                                Plaintiff,

v.                                                    Case No.: 1:20−cv−05132
                                                        Honorable Steven C. Seeger
McDonald's USA, LLC., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2023:

       MINUTE entry before the Honorable Steven C. Seeger: Defendants' unopposed motion for a modified and consolidated briefing schedule (Dckt. No. [104]) is hereby granted. This Court will adopt the proposed scheduling order in the McPherson case once it is formally transferred. The parties proposed that Plaintiffs' opposition to the motions to dismiss in the King and Manning cases would be due on June 19, not June 5 (meaning the original due date as of the time of filing the motion.) But the Court sees that Plaintiffs went ahead and filed the response on June 5 anyway (Dckt. No. [106]), during the pendency of the motion for more time. (This Court acknowledges that it did not exactly break the land−speed record in issuing a ruling on the motion for more time. So the Court can see why Plaintiffs went ahead and filed the response on the original due date, to avoid a potential issue. For what it's worth, this Court would have given Plaintiffs more time. The Court thanks the parties for their patience.) The reply by McDonald's is due by July 19, as proposed. That's more time (about a month and a half) than the parties originally requested for the reply by McDonald's (about a month), because Plaintiffs filed their response on June 5 not June 19. This Court is not going to accelerate the deadline of July 19 because maybe the parties set that deadline for some other reason (e.g., a summer vacation). Still, if McDonald's can file its reply early if it is in a position to do so. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.