**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RALPH KING, et al., | Case No. 1:20-cv-05132 |
| Plaintiffs, | Hon. Steven C. Seeger |
| v. | |
| MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation, | |
| Defendants. | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Plaintiffs and Defendants (collectively, the "Parties"), by and through undersigned counsel, respectfully move for a one-week extension of time, up to and including April 21, 2026, to meet and confer regarding the scope of discovery and to file a status report pursuant to the Court's March 31, 2026 Minute Order [Dkt. No. 124]. In support thereof, the Parties state as follows:

1. On October 11, 2024, Plaintiffs filed a Motion to Lift Discovery Stay and Memorandum of Law (the "Motion"). [Dkt. No. 119].

2. On March 31, 2026, the Court granted the Motion and lifted the stay of discovery. [Dkt. No. 124]. The Court further ordered the parties to meet and confer about the scope of discovery and file a status report within two weeks.

3. On April 10, 2026, Defendants filed a Motion for Clarification of March 31, 2026, Minute Order [Dkt. 124], requesting clarification as to whether the March 31, 2026, Minute Order [124] lifting the stay of discovery was intended to be filed in *McPherson v. McDonald's USA, LLC, et al.*, Case No. 1:23-cv-02913. *See* Dkt. No. 125.

4.      On April 14, 2026, Defendants requested a one-week extension of time for the Court to rule on the pending Motion for Clarification and, if necessary, to meet and confer and file the status report. Plaintiffs consented to the requested extension.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and extend the deadline for the Parties to meet and confer and file the status report to April 21, 2026.

Dated: April 14, 2026                                        Respectfully submitted,

/s/ James L. Ferraro                               /s/ Amy C. Andrews
James L. Ferraro                                   Amy Curtner Andrews

THE FERRARO LAW FIRM, P.A.                         RILEY SAFER HOLMES &
Brickell World Plaza                               CANCILA LLP
600 Brickell Avenue, 38th Floor                    70 W. Madison Street, Suite 2900
Miami, Florida 33131                               Chicago, Illinois 60602
Telephone: (305) 375-0111                          (312) 471-8700
Facsimile: (305) 379-6222                          pholmes@rshc-law.com
jferraro@ferrarolaw.com                            aandrews@rshc-law.com

William R. Fahey, Esq.                             **Counsel for Defendants**
COONEY & CONWAY, PC
120 N. LaSalle Street, 30th Floor
Chicago, IL 60602
Telephone: (312) 236-6166
bfahey@cooneyconway.com

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Illinois.  The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: /s/ James L. Ferraro
James L. Ferraro, Esq.