**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christine Crawford, et al.
                                        Plaintiff,

v.                                                        Case No.: 1:20−cv−05132
                                                          Honorable Steven C. Seeger

McDonald's USA, LLC., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 3, 2026:

        MINUTE entry before the Honorable Steven C. Seeger: This Court took a close look at the submissions from the parties applying this Court's ruling in McPherson (23−cv−2913) to the plaintiffs in the case at hand. As directed, the parties applied this Court's ruling in McPherson to the first five plaintiffs. The parties should keep going, and use the same format. This Court has two formatting suggestions. First, it might be helpful to add some numbering before the name of each individual plaintiff. So, for example, Ralph King is the first plaintiff, and John & Marcia Tillman are the second plaintiffs, and so on. Something like "1. Plaintiff Ralph King" or maybe ("Plaintiff #1: Ralph King") might do to the trick. Second, each time the table covers a new plaintiff, a page break would help. The parties must file an updated table that covers all plaintiffs (including the first five plaintiffs) no later than four weeks from the date of entry of this order. Plaintiff must go first, and must submit an updated table covering all remaining plaintiffs to defense counsel no later than two weeks from the date of entry of this order. This Court assumes that counsel has continued to make progress on this project in the intervening weeks, and that this schedule is doable. But if this schedule proves to be too ambitious or unworkable for any reason, counsel can reach out as necessary. The goal is to make progress in an orderly manner, without creating any undue hardship for the parties or counsel. All discovery is stayed in the meantime. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.