**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christine Crawford, et al.

Plaintiff,

v.

Case No.: 1:20−cv−05132
Honorable Steven C. Seeger

McDonald's USA, LLC., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable Steven C. Seeger: This Court took a look at the joint submission by the parties applying the ruling in McPherson to the claims by the 31 Plaintiffs in the King case. (Dckt. No. [138]) The chart is 48−pages long, and the parties included 70 footnotes before they ran out of gas. As an aside, not everyone loves footnotes. They're distracting, and sometimes they're a dumping ground for saying things that aren't important enough to say in the brief itself. That's not exactly the situation here. The parties had a lot of ground to cover, and they wanted to clarify this or that along the say. So the existence and the volume of the footnotes isn't a problem. But the readability of the footnotes is another story. The parties wrote the footnotes in 10−point font. The Court appreciates the implicit compliment about the caliber of this Court's eyesight. But tiny font starts to wear on the reader after a while, especially when the volume and length of the footnotes is so substantial. The simple truth is that it hurts to read, and it makes the reader feel like they're on the receiving end of a tort. If the parties want this Court to read the footnotes, as they apparently do, then the footnotes need to be readable. So the Court directs Plaintiffs' counsel to refile the joint submission, and change the footnotes to 11−point font, by September 14, 2026. In the meantime, the Court takes everything under advisement. Off the bat, the parties have a dispute about whether the joint submission complied with this Court's order dated April 28, 2026, but the parties fought that battle in tiny words in footnotes, so this Court will wait for a better copy before diving in. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.