**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RALPH KING, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:20-CV-05132 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger, |
| | ) | District Judge |
| MCDONALD'S USA, LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AND TERMINATE LOEVY COUNSEL**

In response to the Court's order of November 2, 2026, in the above-captioned matter, Doc. No. 146, all attorneys at Loevy & Loevy move to withdraw and terminate their filing status in the above-captioned matter, stating in support as follows:

1. The undersigned counsel appeared in this case, which is now captioned *King, et al. v. McDonald's USA, LLC, et al.*, No. 20 C 5132 (N.D. Ill.), only to represent the 48 plaintiffs who are now the plaintiffs in *Manning, et al. v. McDonald's USA, LLC, et al.*, No. 23 C 210 (N.D. Ill.), *see* Doc. No. 71 & 79, before the two cases were severed, Doc. No. 83.

2. Because of this order of operations, after the cases were severed, attorneys at Loevy & Loevy retained the administrative ability to file electronically under the *King* case number in the CM/ECF system.

3. However, the undersigned counsel do not represent and have never appeared for any plaintiffs currently in the *King* case.

4. Nonetheless, as ordered by this Court, all counsel at Loevy & Loevy are filing this motion to make clear that they do not represent any *King* Plaintiff and to ensure that they are terminated as counsel with CM/ECF filing credentials in the *King* case.

WHEREFORE, all counsel at Loevy & Loevy respectfully request that the Court enter an order making clear that they are not counsel and terminating their CM/ECF filing status in the *King* matter.

DATED: November 5, 2026

RESPECTFULLY SUBMITTED,

By: /s/ Steven Art

Jon Loevy
Dan Twetten
Steve Art
Loevy + Loevy
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com